**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MOHAMED ABDELAL,

        Plaintiff,

        vs.

COMMISSIONER, RAYMOND W. KELLY; CITY OF NEW YORK,

        Defendants.

Civil Action No. 13-cv-04341 (ALC)(SN)

1. Plaintiff Mohamed Abdelal by and through his previous attorney filed his original Complaint on June 21, 2013.

2. Due to inadequate representation, Plaintiff terminated his relationship with his prior attorney and retained this firm. Consent to change attorneys was filed on March 11, 2014.

3. On February 18, 2014 the Court ordered Plaintiff to serve his Complaint by March 15, 2014.

4. The Complaint was properly served on Defendants and an Affidavit of Service was filed on March 14, 2014.

5. Defendants with Plaintiff's consent sought two extensions to Answer Plaintiff's Complaint, both of which were granted

6. On June 10, 2014, Defendants, with Plaintiff's consent, filed a Letter Motion requesting reassignment to the Manhattan Court House—the appropriate venue for this case.

7. On June 12, 2104 Plaintiff, with Defendants' consent, filed a Letter Motion requesting leave to file an Amended Complaint.

8. On June 12, 2014 Defendant, with Plaintiff's consent, filed a Letter Motion requesting an extension to Answer or a stay pending Plaintiff's application for leave to amend the Complaint.

9. On June 18, 2014 Judge Andrew L. Carter, granted Plaintiff's request to file an Amended Complaint, directing Plaintiff to file to the Amended Complaint by June 27, 2014 and Ordering Defendants to Answer on or before July 11, 2014.

10. Plaintiff attempted to file his Amended Complaint on June 27, 2014, but it was deemed deficient because an improper party was selected.

11. Whereas, it is hereby stipulated and agreed by and between the undersigned counsel that Plaintiff may file his Amended Complaint, and Defendant shall Answer the Amended Complaint on or before July 11, 2014.

Dated: July 3, 2014

| STOLL, GLICKMAN & BELLINA, LLP | ZACHARY W. CARTER |
|---|---|
| *Attorneys for Plaintiff*<br>475 Atlantic Avenue, Third Floor<br>Brooklyn, NY 11217<br>Tel. (718) 852-3710<br><br>By: _____<br>Christopher Q. Davis, Esq. | Corporation Counsel of the City of New York<br>*Attorneys for Defendants*<br>100 Church Street, Room 2-142<br>New York, NY 10007<br>(212) 356-2429<br><br>By: _____<br>Stephen P. Pischl<br>Assistant Corporation Counsel |