**Exhibit 2**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

YONKERS NY 10701   C I A L   U S E

| | | | |
|---|---|---|---|
| Postage | $ | $0.46 | 0004 |
| Certified Fee | | $3.10 | 03 |
| Return Receipt Fee (Endorsement Required) | | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.11 | 01/30/2013 |

Sent To   Mr. Mohamed Abdelal

Street, Apt. No.; or PO Box No.   1155 Warburton Ave

City, State, ZIP+4   Yonkers, N.Y. 10701

PS Form 3800, January 2001          See Reverse for Instructions

---

CHINATOWN STA.
NEW YORK, New York
100139991
3558250004-0099
01/30/2013 (212)349-8264 03:29:46 PM

== Sales Receipt ==

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| YONKERS NY 10701 | | | $0.46 |
| Zone-1 First-Class Letter | | | |
| 0.50 oz. | | | |
| Expected Delivery: Fri 02/01/13 | | | |
| Return Rcpt (Green Card) | | | $2.55 |
| @@ Certified | | | $3.10 |
| Label #: | 70010360000122867894 | | |
| Customer Postage | | | -$6.11 |
| Subtotal: | | | $0.00 |
| Total: | | | $0.00 |

Paid by:

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
******************************
******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
******************************
******************************

Bill#:1000100392801
Clerk:03                    Perf Monit 001

All sales final on stamps and postage.



POLICE DEPARTMENT
Employee Managment Division
1 Police Plaza - Room 1000
New York, N.Y. 10038

January 29, 2013

Police Officer Mohamed Abdelal
Tax Registry # 939838
Social Security # XXX-XX-6384

Pursuant to the powers vested in him by Section 14-115 of the Administrative Code of the City of New York, the Police Commissioner has directed that you be dismissed from the New York City Police Department.

Therefore, you are *DISMISSED* as a Police Officer in the Police Department of the City of New York effective: 1500 hours, January 29, 2013.

attachment

Paula Berlinerman
Assistant Commissioner
Employee Management Division

COURTESY  •  PROFESSIONALISM  •  RESPECT
**Website: http://nyc.gov/nypd**

Perf Monit 002

Misc. 243-58 (10-12)

01/29/2013  14:42    7187952116                    50 PCT ADMIN                        PAGE  02/02

# POLICE DEPARTMENT
# CITY OF NEW YORK

January 29, 2013

From:        Commanding Officer, 50th Precinct

To:          First Deputy Commissioner

Subject:     **EMPLOYMENT TERMINATION OF POLICE OFFICER
             MOHAMED ABDELAL TAX# 939838 SHIELD# 31294, 50TH
             PRECINCT; IAB LOG# 13-4181**

1.          Police Officer Mohamed Abdelal, Tax# 939838 assigned to the 50th
Precinct was dismissed from the New York City Police Department on the authority of
the Police Commissioner. This dismissal is due to his pending disciplinary matters case#
2008-254, 2009-320, 2009-436 and 2011-5996.

2.          This dismissal was effective 1315 hours on Tuesday, January 29, 2013.
The undersigned personally informed Police Officer Abdelal of his termination.

3.          Police Officer Adbelal's identification card, shield and firearm were
removed as per Patrol Guide 206-17. All department property was removed. Prior to this
date, Police Officer Abdelal was on full-duty assignment.

The following forms were prepared:

Property Clerk Invoice# 2000176186
Removal/Restoration of Firearm Report

The following were notified:

P.O Alexander                    Patrol Borough Bronx
P.O. Lyons                       Operations
P.O. Loaiza                      INRU
Detective Santos                 Internal Affairs Log# 13-4181
P.O. Connaughton                 Medical Division

4.          For your **INFORMATION.**

                                          Kevin J. Burke
                                          Deputy Inspector

Perf Monit 003



# OFFICE OF THE POLICE COMMISSIONER

### ONE POLICE PLAZA ● ROOM 1400

January 29, 2013

Memorandum for:        Deputy Commissioner, Trials

Re:        **Police Officer Mohamed Abdelal**
Tax Registry No. 939838
50 Precinct
Disciplinary Case Nos. 2008-254, 2009-320,
2009-436 & 2011-5996

The above named member of the service appeared before Deputy Commissioner
Martin G. Karopkin on July 13, 2011 and was charged with the following:

## DISCIPLINARY CASE NO. 2008-254    (1)    *10/2008*

1.        Said Police Officer Mohamed Abdelal, while assigned to the 50th Precinct, while
on-duty, on or about September 22, 2007, within the confines of the 50th Precinct, did fail
to properly search a prisoner, as required.
**P.G. 210-01                        PRISONERS GENERAL PROCEDURE**

2.        Said Police Officer Mohamed Abdelal, while assigned to the 50th Precinct, while
on-duty, on or about September 22, 2007, within the confines of the 50th Precinct, did fail
to properly maintain a prisoner roster (PD 244-145), as required.
**P.G. 210-01                        PRISONERS GENERAL PROCEDURE**

## DISCIPLINARY CASE NO. 2009-320    (2)    *served 9/3/2009*

1.        Said Police Officer Mohamed Abdelal, assigned to the 50th Precinct, while off-
duty, on or about March 30, 2008, did fail to notify his Commanding Officer when
attempting to visit an inmate in Hudson County Correctional Facility, as required.
**P.G. Interim Order #11, 205 Series, Page 1,  Paragraph 2  VISITING INMATES**

2.        Said Police Officer Mohamed Abdelal, assigned to the 50th Precinct, while off-
duty, on or about March 30, 2008, did wrongfully engage in conduct prejudicial to the
good order, efficiency and discipline of the Department, in that said Police Officer did
provide false or misleading information to Immigration and Naturalization Services
Officer(s), in that said Police Officer did represent to said Officer(s) that he needed to
interview an inmate as a part of an Official Investigation involving INTERPOL, when
said Police Officer was not involved in any such investigation.
**P.G. 203-10,  Page 1,  Paragraph 5     PUBLIC CONTACT – PROHIBITED
                                        CONDUCT**

Page 1 of 3

**DISCIPLINARY CASE NO. 2009-320** (3)
**POLICE OFFICER MOHAMED ABDELAL**

3.      Said Police Officer Mohamed Abdelal, assigned to the 50th Precinct, on or about and between January 1, 2009 and May 20, 2009, was engaged in off-duty employment without obtaining an approved off duty employment application, as required.
**P.G. 205-40, Page 1, Paragraph 1          OFF-DUTY EMPLOYMENT
                                            PERSONNEL MATTERS**

**DISCIPLINARY CASE NO. 2009-436** (4)

1.      Said Police Officer Mohamed Abdelal, while assigned to the 50th Precinct, while on sick report, on or about and between July 15, 2008 and July 19, 2008, was wrongfully and without just cause absent from his residence beyond his authorized pass hours without permission or authority of said Officer's District Surgeon and/or the Medical Division Sick Desk Supervisor. *(As amended)*
**P.G. 205-01, Page 2, Paragraph 4          REPORTING SICK**

2.      Said Police Officer Mohamed Abdelal, while assigned to the 50th Precinct, while on sick report, on or about and between July 15, 2008 and July 19, 2008, while on sick report, did leave the confines of the City or residence counties without the approval of the Chief of Personnel.
**P.G. 205-01,  Page 6,          ADDITIONAL DATA -REPORTING SICK**

3.      Said Police Officer Mohamed Abdelal, while assigned to the 50th Precinct, while on sick report, on or about and between June 2008 to March 10, 2009, did fail to reside within the confines of the City or residence counties, as required. *(As amended)*
**P.G. 203-18, Page 1, Paragraph 6          RESIDENCE REQUIREMENTS**

4.      Said Police Officer Mohamed Abdelal, while assigned to the 50th Precinct, while on sick report, on or about and between June 2008 to March 10, 2009, did wrongfully cause false entries to be made in Department records, in that said Police Officer did report a New York address, when said Police Officer did in fact reside in New Jersey. *(As amended)*
**P.G. 203-18, Page 1, Paragraph 6          RESIDENCE REQUIREMENTS**

Perf Monit 005

## DISCIPLINARY CASE NO. 2011-5996
## POLICE OFFICER MOHAMED ABDELAL

1.      Said Police Officer Mohamed Abdelal, assigned to the 50th Precinct, on or about February 8, 2011, within the confines of the 50th Precinct, in Bronx County, said Officer did fail and neglect to perform said Officer's duties, to wit:  said Officer failed to prepare a UF-250 following a stop and question of a male known to this Department, as directed by competent authority.

**P.G. 203-05,  Page 1,  Paragraph 1        PERFORMANCE ON DUTY – GENERAL REGULATIONS**

2.      Said Police Officer Mohamed Abdelal, assigned as indicated in Specification #1, on or about February 8, 2011, within the confines of the 50th Precinct, in Bronx County, did fail and neglect to maintain said Officer's Activity log (PD 112-145), to wit: said Officer failed to make entries relating to a stop and question of a male known to this Department.

**P.G. 212-08,  Page 1,  Paragraph 1        ACTIVITY LOGS – COMMAND OPERATIONS**

        In a Memorandum dated May 23, 2012, Deputy Commissioner Martin G. Karopkin found the Respondent GUILTY of Specification Nos. 1 and 2 in Disciplinary Case No. 2008-254.  The Respondent was also found GUILTY of Specification Nos. 1, 2 and 3 in Disciplinary Case No. 2009-320.  In Disciplinary Case No. 2009-436, the Respondent was found GUILTY of Specification Nos. 1, 2, 3 and 4.  Regarding Disciplinary Case No. 2011-5996, Specification Nos. 1 and 2 were DISMISSED.

        Having previously read the Memorandum and analyzed the facts of this matter, I approved the findings, but disapproved the penalty.  After hearing all the evidence in this matter, Deputy Commissioner Martin G. Karopkin recommended that Police Officer Mohamed Abdelal be dismissed from the Department, but that said dismissal be held in abeyance and that he forfeit forty-five (45) vacation days.  After determining instead that Police Officer Abdelal's immediate separation from the Department was warranted, in a memorandum dated January 18, 2013, Police Officer Abdelal was offered the opportunity to separate from the Department by entering into a post-trial negotiated settlement.  However, since Police Officer Abdelal has rejected the offer of a post-trial negotiated settlement, his dismissal from the Department will not be held in abeyance.  Therefore, Police Officer Mohamed Abdelal is dismissed from the Department.



Raymond W. Kelly
Police Commissioner

Perf Monit 006



**POLICE DEPARTMENT**
**CITY OF NEW YORK**

**MEMORANDUM:**      Commanding Officer Concerned

**SUBJECT:**      **CANDIDATE FOR INCLUSION INTO LEVEL II – MONITORING**
**NAME: Mohamed Abdelal   TAX: 39838**      **RANK: PO**

**Appointed:**      January 9, 2006

**Date Entered Program:**      October 9, 2009

**Assignments:**      January 9, 2006    PATU
      June 27, 2006    44 PCT
      January 2, 2007    50 PCT

**Department Recognition:**      None

**Reasons for Inclusion:**      After a thorough review of PO Abdelal's history with the Department, it was determined that he be placed in Level II Discipline Monitoring.

**Disciplinary Record:**      See Attached

**CCRB Profile:**      See Attached

**Sick:**      See Attached

**Total Arrests:**      24

**Performance Evaluations:**    2008   3.0
      2007   3.5

**Education:**      Baccalaureate

**TAC-COM Attendance:**      _____

**Perf. Enhancement Training:**_____

PAGE # 4

# CASE NOTES

CASE NAME: Abdelal, Mohamed          TAX NUMBER: 939838

|  |  |
|---|---|
|  | on May 23, 2012. The recommendation is currently at the P.C.O. |
| 1/17/13 | Received profile for the rating period of October through December 2012. The M.O.S was rated competent. The M.O.S. reported sick once during the rating period. |
| 2/4/2013 | The M.O.S. was terminated on January 29, 2013. |
| 2/5/13 | Spoke to the ICO Lt. Dronzek and Sgt. McCabe and requested command folder. |



CASE NOTES

3

CASE NAME __Abdelal, Mohamed__     DATE __9/22/11__

9/22/11: Lt. Wittman Conferred with DAO upon review of case. MOS has (2) open sets c/s which were Combined, trial set for 9/27/11 after (2) adjournments. Original offer w/ 30 dys served on suspension, 30 vac days forfeit all time 1 yr. DP + file for vested interest retirement. To be extended in regards pending final outcome. O.C

1/31/12 - Reviewed performance Profile for MOS received CD for low Comp. (NYCD inactive), are using negative Yearly Walayne W/c); permissye? and failing to Sign off...

6/12/12 ...

8/2/12 - Received profile for rating period January 1, 2012 through March 31, 2012 MOS was rated competent. The MOS called for an Emergency day once. CO stated MOS has to be instructed by supervisors. O.C. Received profile for rating period 4/1/12 through 6/1/12, MOS was rated Competent. The MOS called out SICK once. The C.O. states the MOS was directed by supervisors to address precinct conditions. Waiting for original profiles. O.C.

8/27/12 Emailed both the I.C.O and the C.O. requesting original profile for January 1, through April March 31, 2012 and April 1, through June 30, 2012. O.C.

9/7/12 - Received profile for the rating period (originals) January 1, 2012 through June April 30, 2012. In addition, received original profile for the rating period of April 1, 2012 through June 30, 2012. The CO sent a letter requesting MOS be removed from monitoring due to the MOS' overall improvement during the last year. O.C.

1/15/13 - Spoke with Sgt. McCabe at the I.C.O's office and requested outstanding profile for rating period Oct. 1, 2012 through Dec. 31, 2012. He stated it will be forwarded quickly. The M.O.S has pending charges stemming from 2008. All four sets of charges were incorporated and P.O. Abdelal went to trial




PAGE # _2_

# CASE NOTES

CASE NAME:   MOHAMED ABDELAL          TAX NUMBER: ____939838____

| DATE | NOTES |
|------|-------|
| | DAY For Rating Period. And NO E-DAYS |
| | MOS has No Disciplinary matters |
| | Pending For Rating Period. |
| | 60" note MOS Is Imposing. SR |
| 10/21/10 | [illegible] a period review |
| | July 1 - Sept 30, 2010. MOS noted |
| | Competent No negative areas or |
| | disciplinary matters noted. SR |
| 11/19/10 | ROB updated (P) CCRBs. No open |
| | CCRB case. Mob has (7) cats |
| | pending [illegible] |
| 7/8/11 | [illegible] Lt Henley 50 Day [illegible] |
| | from Co/ICO Overdue Performance |
| | [illegible] for rating periods Hire |
| | 9/30/10, 10/1/10 - 12/31/10, 1/1/11 - |
| | 3/31/11, 4/1/11 - 6/30/11. Lgt [illegible] |
| 8/11/11 | Conferred Direct with Capt Burke |
| | regarding Overdue [illegible] will |
| | forward ASAP. Lgt [illegible] |
| 8/27/11 | Reviewed Performance Monitoring |
| | [illegible] for rating period 4/1/11 - 6/31/11. |
| | PO Mohamed rated "Highly Competent" |

PAGE # ___1___

# CASE NOTES

CASE NAME:  MOHAMED ABDELAL          TAX NUMBER:  939838

| DATE | NOTES |
|------|-------|
| 10/22/9 | Sgt Bailey interviewed MOS re: his dad next in April. Informed MOS the weapon looked how document how it can be uploaded, extracted & its non-ichage. Afforded MOS the opportunity to ask questions. MOS stated all of his questions were answered to his satisfaction |
| 5/5/10 | Received Profile Period covering JAN 1, 2010 To March 31, 2010. MOS Assigned Patrol - Rated Competent CO - Notes Officer Abdelal is courteous Professional MOS has no Disciplinary matter pending |
| 5/13/10 | Now updated CPI & CCRB histories No open cases or CCRB. Reviewed CPI. MOS has 3 veb & open chrgs |
| 8/19/10 | Received Profoile Period covering April 1, 2010. To June 30, 2010. MOS Assigned To Patrol. MOS Rated Competent. MOS has 1 Sick |



**NEW YORK CITY POLICE DEPARTME...**

PERSONNEL PROFILE REPORT

TAX NUMBER :  939838

PAGE:  1
DATE:  2/4/2013
TIME:  17:10:17

NAME:  ABDELAL, MOHAMED

| | | | |
|---|---|---|---|
| MOS NAME : | ABDELAL,MOHAMED,Y | SOC SEC: | ***-**-6384 |
| RANK/TITLE: | POLICE OFFICER MALE | SHIELD: | 31294 |
| COMMAND: | 50 050 PRECINCT | FIREARMS: | NO |
| LOCATOR: | | DUTY FUNCTION: | |
| PERM.CMD: | 000 | | |
| APPT DATE: | 1/9/2006 | CS PROM DATE: | 01/09/2006 |
| ASSIGN DATE: | 1/2/2007 | DISC PROM DATE: | 00/00/0000 |
| | | RETRO CS R/T: | 00/00/0000 |
| BIRTH DATE: | 2/24/1970 | SEX: | M |
| RELIGION: | MUSLIM | RACE: | WHITE |
| COUNTRY: | UNKNOWN | ON SICK REPT: | NOT SICK |
| DUTY AVAIL: | FULL DUTY | CHRONIC: | NOT CHRONIC |
| DUTY STATUS: | DISMISSED | DEPT VEH ACC: | 1 |
| STATUS DATE: | 1/29/2013 | DVA AT FAULT: | YES |
| HOME ADDR: | 1155 WARBURTON AVE | RES PCT: | 338 YONKERS |
| | YONKERS,NY 10701 | HOME PHONE: | (914) 843-2873 |
| E-MAIL: | | CELL PHONE: | (000) 000-0000 |

**\*\*\* COMMAND ROSTER - DATA ENTERED BY COMMANDS CONCERNED \*\*\***

| TITLE | CATEGORY | POSITION | OTHER CMD | START TOUR | END TOUR | RDO |
|---|---|---|---|---|---|---|
| | | | | | | |

**\*\*\* PERSONNEL HISTORY \*\*\*\*\*\***

| EFF DATE | AUTHORITY | COMMAND | LOCATOR | DUTY STATUS | RANK/TITLE | DUTY FUNCTION |
|---|---|---|---|---|---|---|
| TAX NUMBER : 939838 | | | | | | |
| 01/09/2006 | PO02506 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 04/05/2006 | XX00000 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 06/27/2006 | PO17306 | 044 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 01/02/2007 | PO00307 | 050 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 01/29/2013 | PO03813 | 050 PCT | | DISMISSED | POLICE OFFICER MALE | |

**TOTAL HISTORY RECORDS FOUND : 5**

**\*\*\* NAME CHANGE \*\*\***

| EFFECTIVE DATE | AUTHORIZATION # | OLD NAME | NEW NAME |
|---|---|---|---|
| | | | |

**TOTAL NAME CHANGES FOUND :**   0

Perf Monit 012

 

**NEW YORK CITY POLICE DEPARTME**

PERSONNEL PROFILE REPORT

TAX NUMBER :   939838

NAME:   ABDELAL, MOHAMED

PAGE:   2
DATE:   2/4/2013
TIME:   17:10:17

### *** ADDRESS CHANGES ***

| EFF DATE | CURRENT HOME ADDRESS | PREVIOUS HOME ADDRESS | NEW RES PCT | OLD RES PCT |
|---|---|---|---|---|
| 04/01/2009 | 1155 WARBURTON AVE YONKERS        NY 10701 | 457 WARBURTON AVE HASTINGS ON HDSNNY 10706 | 0 | 0 |
| 05/03/2006 | 457 WARBURTON AVE HASTINGS ON HDSNNY 10706 | 450 W 33 SRTEET            NEW YORK       NY 10001 | 0 | 0 |

TOTAL ADDRESS CHANGES FOUND : 2

### *** MEDICAL HISTORY REPORT ***

| SICK DATE | TIME | RETURN DATE | TIME | CHR | LOD | OLD LOD | TOUR PLAT |
|---|---|---|---|---|---|---|---|
| 08/03/2006 | 10:26 | 08/04/2006 | 02:05 | | | | 4 - 3 |
| 08/04/2006 | 16:45 | 08/05/2006 | 02:05 | | | | 5 - 4 |
| 09/29/2006 | 17:25 | 09/30/2006 | 02:05 | | | | 2 - 4 |
| 09/30/2006 | 16:25 | 10/01/2006 | 07:50 | | | | 3 - 1 |
| 11/24/2006 | 17:23 | 11/25/2006 | 02:05 | | | | 4 - 3 |
| 11/25/2006 | 17:14 | 11/26/2006 | 02:05 | | | | 5 - 3 |
| 05/11/2007 | 20:49 | 05/12/2007 | 08:00 | A | | | 2 - 1 |
| 05/12/2007 | 21:21 | 05/13/2007 | 07:50 | A | | | 2 - 1 |
| 06/27/2007 | 15:58 | 06/28/2007 | 07:30 | A | | | 5 - 1 |
| 02/03/2008 | 04:59 | 02/03/2008 | 15:40 | | | | 3 - 2 |
| 02/03/2008 | 23:15 | 02/04/2008 | 15:04 | | | | 4 - 2 |
| 02/05/2008 | 04:30 | 02/05/2008 | 15:40 | | | | 5 - 2 |
| 07/13/2008 | 10:49 | 07/24/2008 | 23:35 | | | | 1 - 3 |
| 05/19/2010 | 12:20 | 05/19/2010 | 23:35 | | | | 1 - 3 |
| 05/20/2010 | 12:42 | 05/20/2010 | 23:35 | | | | 2 - 3 |
| 05/21/2010 | 12:26 | 05/23/2010 | 23:35 | | | | 3 - 3 |
| 12/15/2010 | 09:49 | 12/15/2010 | 23:35 | | | | 1 - 3 |
| 12/16/2010 | 11:17 | 12/16/2010 | 23:35 | | | | 3 - 3 |
| 12/17/2010 | 13:18 | 12/19/2010 | 23:35 | | | | 3 - 3 |
| 10/04/2011 | 13:07 | 10/04/2011 | 23:35 | | | | 2 - 3 |
| 10/05/2011 | 11:27 | 10/05/2011 | 23:35 | | | | 3 - 3 |
| 10/06/2011 | 12:48 | 10/07/2011 | 23:35 | | | | 4 - 3 |
| 11/14/2012 | 12:47 | 11/15/2012 | 23:35 | | Y | | 4 - 3 |

TOTAL TIMES SICK:        23




NEW YORK CITY POLICE DEPARTME...   **PAGE:**  3

PERSONNEL PROFILE REPORT   **DATE:**  2/4/2013

**TAX NUMBER :**   939838   **TIME:**  17:10:17

**NAME:**   ABDELAL, MOHAMED

### *** DUTY AVAILABILITY HISTORY ***

| DUTY AVAILABILITY STATUS | | DUTY AVAILABILITY DATE | | TOTAL DAYS |
|---|---|---|---|---|
| PREVIOUS | CURRENT | ON | OFF | |
| FULL DUTY | LIMITED CAPACITY | 06/28/2007 | 07/09/2007 | 11 |
| LIMITED CAPACITY | FULL DUTY | 07/09/2007 | 07/23/2008 | 380 |
| FULL DUTY | LIMITED CAPACITY | 07/23/2008 | 08/19/2008 | 27 |
| LIMITED CAPACITY | FULL DUTY | 08/19/2008 | | 1630 |

**TOTAL DUTY AVAILABILITY HISTORY RECORDS FOUND: 4**

### *** SKILLS SUMMARY ***

| CODE | SKILL |
|---|---|

**TOTAL SKILL :**   0

### **** ARREST ACTIVITY SUMMARY ****

**ARREST INFORMATION FROM 1982:**

| ARRESTS: | FELONIES: | VIOLATIONS: | MISDEMEANORS: | INFRACTIONS: | RESIST: | OTHER: |
|---|---|---|---|---|---|---|
| 53 | 7 | 2 | 43 | 1 | 0 | 0 |

### *** MONITORING SUMMARY ***

**FORCE/DISCIPLINARY MONITORING:**

| TYPE | START DATE | END DATE | REASON |
|---|---|---|---|
| LVL 2  DISCIPLINE | 10/09/2009 | / / | Serious Misconduct |

**TOTAL MONITORING RECORDS FOUND: 1**

**IF THERE ARE ANY QUESTIONS, CONTACT THE PERFORMANCE ANALYSIS SECTION (646)610-5505 DURING REGULAR BUSINESS HOURS**

### *** DEPARTMENT RECOGNITION SUMMARY ***

**MEDALS AWARDED:**

| | | | |
|---|---|---|---|
| EXCELLENT POLICE DUTY: | 0 | COMMENDATION - INTEGRITY: | 0 |
| MERITORIOUS POLICE DUTY: | 0 | MERITORIOUS POLICE DUTY - INTEGRITY: | 0 |
| COMMENDATION: | 0 | COMMENDATION - COMMUNITY SERVICE: | 0 |
| EXCEPTIONAL MERIT: | 0 | CIVILIAN COMMENDATION: | 0 |
| HONORABLE MENTION: | 0 | POLICE COMMISSIONER'S AWARD | 0 |
| MEDAL FOR MERIT/VALOR: | 0 | PURPLE SHIELD AWARD | 0 |
| COMBAT CROSS: | 0 | MERITORIOUS SERVICE AWARD | 0 |
| MEDAL OF HONOR: | 0 | MERITORIOUS SERVICE AWARD - INTEGRITY: | 0 |
| PURPLE SHIELD MEDAL: | 0 | OUTSTANDING SERVICE AWARD: | 0 |
| DISTINGUISHED SERVICE MEDAL: | 0 | DISTINGUISHED SERVICE AWARD: | 0 |

 

NEW YORK CITY POLICE DEPARTMENT

PERSONNEL PROFILE REPORT

TAX NUMBER :  939838

NAME:  ABDELAL, MOHAMED

PAGE:  4
DATE:  2/4/2013
TIME:  17:10:17

### *** MILITARY INFORMATION SUMMARY ***

**MAINFRAME VERIFIED INFORMATION:**

| | |
|---|---|
| STATUS: | NOT IN RESERVE |
| BRANCH: | NO MILITARY BRANCH |
| RANK: | NO MILITARY RANK |
| EXCUSAL: | NO EXCUSAL |
| CONTRACT END DATE: | 00/00/0000 |
| MILITARY END DATE: | 00/00/0000 |

### ***UNIFORM EVALUATIONS SUMMARY ***

| Type of Eval. | Cmd | Rating Period From | Rating Period To | Overall Rating | Purpose | Rater Title | Rater Name | Appeal |
|---|---|---|---|---|---|---|---|---|
| PO/SPL | 050 050 PCT | 12/15/2011 | 12/15/2012 | 3.5 | ANNUAL | SGT | TIFFANY BATISTA | |
| PO/SPL | 050 050 PCT | 12/15/2010 | 12/15/2011 | 3.5 | ANNUAL | SGT | TIFFANY BATISTA | |
| PO/SPL | 050 050 PCT | 12/15/2009 | 12/15/2010 | 3.5 | ANNUAL | SGT | TIFFANY BATISTA | |
| PO/SPL | 050 050 PCT | 01/01/2009 | 12/31/2009 | 3 | ANNUAL | SGT | FRANK CHIODI | |
| PO/SPL | 050 050 PCT | 12/15/2007 | 12/15/2008 | 3 | ANNUAL | SGT | PHILLIP CONNOR | |
| PO/SPL | 050 050 PCT | 05/09/2007 | 11/08/2007 | 3.5 | 22 MONTHS PROB. | SGT | PATRICK MCCABE | |
| PO/SPL | 050 050 PCT | 12/15/2006 | 12/15/2007 | 3.5 | ANNUAL | SGT | TIFFANY BATISTA | |
| PO/SPL | 050 050 PCT | 11/09/2006 | 05/08/2007 | 3.5 | 16 MONTHS PROB. | SGT | GLORIA GUILAMO | |
| PO/SPL | 050 050 PCT | 06/27/2006 | 11/08/2006 | 3 | 10 MONTHS PROB. | SGT | GLORIA GUILAMO | |

**TOTAL UNIFORM EVALUATIONS RECORDS FOUND: 9**

### *** EDUCATION SUMMARY ***

| Education | Credits | Date Graduate | College | State | Major | Status |
|---|---|---|---|---|---|---|
| B.A. OR A.B. | 160 | 8/31/1993 | NEW JERSEY CITY UNIVERSITY | NEW JERSEY | BUSINESS ADMINISTRATION | VERIFIED |

**TOTAL EDUCATION RECORDS FOUND :  1**

**HIGHEST DEGREE EARNED**                                        **CREDITS**

### *** OFF-DUTY EMPLOYMENT ***

### *** LANGUAGE PROFICIENCY SUMMARY ***

**THIS MEMBER IS PROFICIENT IN THE FOLLOWING LANGUAGES:**

| LANGUAGE | SPEAK SCORE | WRITING SCORE | READING SCORE | TEST DATE | FBI TEST DATE | TRAINING DATE |
|---|---|---|---|---|---|---|

**TOTAL LANGUAGE RECORDS FOUND:      0**                    Perf Monit 015



**NEW YORK CITY POLICE DEPARTMENT**

**PERSONNEL PROFILE REPORT**

TAX NUMBER :    939838

NAME:   ABDELAL, MOHAMED

PAGE:   5

DATE:   2/4/2013

TIME:   17:10:18

### *** FIREARMS SUMMARY ***

PREVIOUS FIREARMS DISCHARGE INCIDENT (S) :      0

DATE OF LAST FIREARMS DISCHARGE:

FIREARMS POSSESED BY MOS:

| SERIAL NUMBER | MAKE | MODEL | TYPE | CALIBER | ACQUIRED DATE | DISPOSITION DATE | DISPOSITION REASON | WEAPON TYPE |
|---|---|---|---|---|---|---|---|---|
| KPE546 | GLC | GLC26 | A | 9MM | 1/24/2007 | 1/24/2007 | OTHER | AUTH |
| BDJ9963 | SW | SW5946 | A | 9MM | 5/3/2006 | 5/3/2006 | OTHER | AUTH |

TOTAL FIREARMS RECORDS FOUND :   2

### *** RANGE ATTENDANCE SUMMARY ***

DATE OF LAST FIREARMS ATTENDANCE :



*Feb 04, 2013*

# Officer History

| | |
|---|---|
| **Officer Name :** Abdelal, Mohamed | |
| **Tax ID :** 939838 | **Sex :** Male |
| **Shield :** 31294 | **Race :** White |
| **Rank :** POM | **Command :** 050 |
| **DoBirth :** 02/24/1970 | **Appt Date :** 01/09/2006 |
| **Age :** 42 | **Tenure :** 7 |

| CCRB # | Rept Date | Inc Date | Allegation | Disposition | NYPD Disposition | Penalty | Command |
|--------|-----------|----------|------------|-------------|------------------|---------|---------|

Confidential Communication. To be used for authorized purposes only



**NEW YORK CITY POLICE DEPARTMENT**

**CENTRAL  PERSONNEL INDEX**

PROMOTION

PAGE 6 OF 6

DATE:   1/31/2012

TIME:   11:45:46

TAX NUMBER :   939838

NAME:   MOHAMED ABDELAL

RANK:   POLICE OFFICER MALE

COMMAND: (50) 050 PRECINCT

*** MEDICAL HISTORY REPORT ***

| SICK DATE | TIME | RETURN DATE | TIME | CHR | LOD | OLD LOD | TOUR PLAT |
|-----------|------|-------------|------|-----|-----|---------|-----------|
| 08/03/2006 | 10:26 | 08/04/2006 | 02:05 | | | | 4 - 3 |
| 08/04/2006 | 16:45 | 08/05/2006 | 02:05 | | | | 5 - 4 |
| 09/29/2006 | 17:25 | 09/30/2006 | 02:05 | | | | 2 - 4 |
| 09/30/2006 | 16:25 | 10/01/2006 | 07:50 | | | | 3 - 1 |
| 11/24/2006 | 17:23 | 11/25/2006 | 02:05 | | | | 4 - 3 |
| 11/25/2006 | 17:14 | 11/26/2006 | 02:05 | | | | 5 - 3 |
| 05/11/2007 | 20:49 | 05/12/2007 | 08:00 | A | | | 2 - 1 |
| 05/12/2007 | 21:21 | 05/13/2007 | 07:50 | A | | | 2 - 1 |
| 06/27/2007 | 15:58 | 06/28/2007 | 07:30 | A | | | 5 - 1 |
| 02/03/2008 | 04:59 | 02/03/2008 | 15:40 | | | | 3 - 2 |
| 02/03/2008 | 23:15 | 02/04/2008 | 15:04 | | | | 4 - 2 |
| 02/05/2008 | 04:30 | 02/05/2008 | 15:40 | | | | 5 - 2 |
| 07/13/2008 | 10:49 | 07/24/2008 | 23:35 | | | | 1 - 3 |
| 05/19/2010 | 12:20 | 05/19/2010 | 23:35 | | | | 1 - 3 |
| 05/20/2010 | 12:42 | 05/20/2010 | 23:35 | | | | 2 - 3 |
| 05/21/2010 | 12:26 | 05/23/2010 | 23:35 | | | | 3 - 3 |
| 12/15/2010 | 09:49 | 12/15/2010 | 23:35 | | | | 1 - 3 |
| 12/16/2010 | 11:17 | 12/16/2010 | 23:35 | | | | 3 - 3 |
| 12/17/2010 | 13:18 | 12/19/2010 | 23:35 | | | | 3 - 3 |
| 10/04/2011 | 13:07 | 10/04/2011 | 23:35 | | | | 2 - 3 |
| 10/05/2011 | 11:27 | 10/05/2011 | 23:35 | | | | 3 - 3 |
| 10/06/2011 | 12:48 | 10/07/2011 | 23:35 | | | | 4 - 3 |

**TOTAL TIMES SICK:**     22

Perf Monit 018



## Online Performance Evaluation System
## Police Officer - Detective Specialist

### CYRESS SMITH TaxID: 919727 Date: 1/31/2012 11:47:17 AM

**RATEE**

| | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | Appt Date |
| ABDELAL | MOHAMED | Y | |
| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| 939838 | PO | 050 | 1/2/2007 |
| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
| NLOD: 1 LOD: 0 | NLOD: 5 LOD: 0 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

Not chronic

Date of Primary Assignment: 7/6/2007

THE COMPLETED POLICE CADET PROGRAM

Primary Assignment: patrol

Rating Period From: 12/15/2010    To: 12/15/2011

**RATER**

| | | |
|---|---|---|
| SURNAME | FIRST | M.I. |
| BATISTA | TIFFANY | E |
| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| 926552 | SERGEANT | 050 | 10/26/2007 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 4 |
| 2 Apprehension/Intervention | 3 |
| 3 Victim/Prisoner Interaction | 4 |
| 4 Processing Arrests | 4 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 3 |
| 7 Police Interaction/Notification | 3 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 4 |
| 12 Report/Clerical Duties | 4 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 4 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 3 |
| 16 Reasoning Ability | 4 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 4 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 4 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 3 |
| 25 Drive/Initiative | 3 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 4 |

| 28 Physical Fitness/Physical Activities | 4 |
|---|---|

**Overall Evaluation : 3.5**
**Annual Total of Quarterly Point: 42**

**11. Vouchering**
Police Officer Abdelal navigates the new PETS system well.

**27. Appearance/Professional Image**
Police Officer Abdelal maintains a professional image. He is always groomed and dress for the assignment at hand.

**5. Vehicular Offenses/Accidents**
Police Officer Abdelal handles vehicle accidents with great efficiency.

**Overall Rater's Comments:**


Police Officer Abdelal is still in performance monitoring but he continues to work hard and his improvement does reflect in his activity.


BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| **REVIEWER** | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| BURKE | KEVIN | J | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| 918634 | CAPTAIN | 050 | 6/1/2011 |

**Overall Reviewer Comments:**
I have read this evaluation and concur with it.

☐ ACCURATE AND COMPLETE CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☐ I WISH TO APPEAL THIS EVALUATION

**CYRESS SMITH TaxID: 919727 Date: 1/31/2012 11:47:17 AM**



**UNIFORMED PERFORMANCE MONITORING PROFILE**



| | Surname | First | M.I. |
|---|---|---|---|
| | Abdelal | Mohamed | |

| Rank | Tax # | Command | This report covers period: | From | To |
|---|---|---|---|---|---|
| PO | 939838 | 050 | | 10/01/2012 | 12/31/2012 |

Squad/Tour: C2                    Primary Assignment: Patrol

**Duty status:** Restricted Duty ☐    Modified ☐    Suspended ☐

Limited Capacity ☐    Terminal Leave ☐    Full Duty ☒

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**

☐ Level III – Dismissal Probation (monthly)

☐ Level III – Special Monitoring (monthly)

☒ Level II – Monitoring (quarterly):    Force ☐    Discipline ☒
Performance ☐    Domestic ☐

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

Extremely Competent ☐    Highly Competent ☐    Competent ☒    Low ☐    Very Low ☐

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses will be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**

1. **SUMMONS ACTIVITY** (Check One): TOTAL # 29
   ☐ Not applicable.
   ☐ Summons activity above average within command.
   ☐ Summons activity below average within command.
   ☒ Summons activity and gives attention to command conditions.
   ☐ Summons activity, but does not address command conditions.

2. **ARREST ACTIVITY** (Check One): TOTAL # 3
   ☐ Not applicable.
   ☐ No arrest activity.
   ☒ Average arrest activity.
   ☐ Good number of quality arrests, many of which are specifically related to command conditions.

3. **RESPONSE TO CALLS FOR SERVICE** (Check One):
   ☐ Displays a lackadaisical attitude.
   ☐ Slow in responding to routine calls or directed/vertical patrols.
   ☐ Generally quick in responding to all calls for service or directed/vertical patrols.
   ☒ Efficient and intelligent response to calls using good response tactics.

4. **COMPLETION OF A CALL/ASSIGNMENT** (Check One):
   ☐ Disposition often reported after prolonged delays.
   ☐ Disposition called in shortly after completion of assignment.
   ☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
   ☒ Disposition called in immediately and handles clerical matters as necessary.

5. **SECTOR/POST CONDITIONS**
   ☐ Disregards or is unaware of quality of life conditions on post.
   ☐ Initiates enforcement responses to correct conditions on post.
   ☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
   ☒ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
   ☐ Requires supervision in order to address post/command conditions.

Submit report to:    C.O., Performance Monitoring Unit, One Police Plaza, Room 1000 (646) 610-5505

Perf Monit 021

RANK/NAME:  PO Abdeal Mohamed          TAX #:  93983

**6. REPORTS (Aided, Complaints, OLBS, etc.)**
(Check One):
- [ ] Paperwork incomplete and/or submitted with numerous errors.
- [ ] Paperwork not submitted in a timely fashion.
- [ ] Paperwork submitted timely and with minimal errors.
- [ ] Paperwork error free and always timely.
- [x] Carries the appropriate paperwork, as required on patrol.

**7. RESPONSE TO SUPERVISION** (Check One):
- [ ] Demonstrates an uncooperative or hostile attitude when instructed.
- [x] Incorporates instruction into daily performance.
- [x] Responds with respect, courtesy and professionalism.
- [ ] Polite but does not incorporate instruction.

**8. GENERAL DEMEANOR**
- [ ] Immature, impulsive or combative.
- [ ] Touchy/irritable tends to isolate self.
- [x] Enthusiastic, helpful, innovative.
- [ ] Needs supervision or direction.
- [ ] Mature but lacks motivation.

**9. WORK ETHIC** (Explain negative comments in "remarks"):
Member is conscientious and aware of responsibilities.
- [x] YES  [ ] NO
Diligent worker and accomplishes all tasks.
- [x] YES  [ ] NO
Member can be depended upon to carry out assigned tasks.
- [x] YES  [ ] NO

**10. COMMUNITY INTERACTIONS**
- [x] Courteous and respectful when dealing with the public.
- [ ] Curt and abrasive when dealing with the public.
- [ ] Very little contact with public.
- [ ] Civilian complaints received during rating period.
- [ ] Letters of appreciation received during rating period.

**11. EXCUSALS** (Explain negative comments in "Remarks")
Number of times member reported sick during this period. 1    Chronic A [ ]    Chronic B [ ]
  a.  Does there seem to be a pattern to member's sick leave which might indicate sick leave abuse?    YES [ ]    NO [x]
Number of emergency excusals during this period. 0
  a.  Does there seem to be a pattern, which might indicate a problem?  [ ] YES  [x] NO

**12. DISCIPLINARY MATTERS**
Number of minor violations log entries during this period. 0
(Specify type in "Remarks" and attach copy to this report)
The Department Advocate's Office must be consulted prior to the issuance of a command discipline.
Number of command disciplines during this period. 0
(Specify in "Remarks the name of the attorney consulted.)
Has member received Charges and Specifications during this period?  [ ] YES  [x] NO
*Specify type in "Remarks" and **attach copy** to this report

**13. PERFORMANCE EVALUATIONS** (Attached)
  a.  Activity Reports  [ ] YES  [x] NO
  b.  Annual Performance Evaluation (If end of rating period)
      [ ] YES  [x] NO

**NOTE: Indicate proactive/remedial steps taken by command.**

**REMARKS** *(MUST COMMENT ON MEMBER'S PERFORMANCE/INCLUDING POOR PERFORMANCE OR NEGATIVE REPONSES):*

Police Officer Abdelal is courteous and respectful whos performance exhibited is acceptable. He is courteous and respectful to complainants as well as supervisors. Officer Abdelal is not on chronic sick and has no command disciplns for this period.

| Date Prepared | Commanding Officer (Print) | Signature | Tax # | Command |
|---|---|---|---|---|
| 01/16/2012 | DI Kevin J. Burke | | 918634 | 050 |

This report is to be treated as *CONFIDENTIAL.*
Submit to the C.O., Performance Monitoring Unit, One Police Plaza, Room 1000
(Rev. 07/01/2008)

Perf Monit 022

 

UNIFORMED PERFORMANCE
MONITORING PROFILE

| Surname | First | M.I. |
|---|---|---|
| Abdelal | Mohamed | |

| Rank | Tax # | Command | This report covers period: | From | To |
|---|---|---|---|---|---|
| PO | 939838 | 050 | | 07/01/2012 | 09/30/2012 |

Squad/Tour: C2                    Primary Assignment: Patrol

**Duty status:**  Restricted Duty ☐     Modified ☐     Suspended ☐

Limited Capacity ☐     Terminal Leave ☐     Full Duty ☒

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**

☐  **Level III – Dismissal Probation** (monthly)

☐  **Level III – Special Monitoring** (monthly)

☒  **Level II – Monitoring** (quarterly):     Force ☐     **Discipline** ☒
                                              **Performance** ☐     **Domestic** ☐

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

| Extremely Competent ☐ | Highly Competent ☐ | Competent ☒ | Low ☐ | Very Low ☐ |
|---|---|---|---|---|

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses will be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**

**1. SUMMONS ACTIVITY** (Check One): TOTAL # 32
- ☐ Not applicable.
- ☐ Summons activity above average within command.
- ☐ Summons activity below average within command.
- ☒ Summons activity and gives attention to command conditions.
- ☐ Summons activity, but does not address command conditions.

**2. ARREST ACTIVITY** (Check One): TOTAL # 2
- ☐ Not applicable.
- ☐ No arrest activity.
- ☒ Average arrest activity.
- ☐ Good number of quality arrests, many of which are specifically related to command conditions.

**3. RESPONSE TO CALLS FOR SERVICE** (Check One):
- ☐ Displays a lackadaisical attitude.
- ☐ Slow in responding to routine calls or directed/vertical patrols.
- ☐ Generally quick in responding to all calls for service or directed/vertical patrols.
- ☒ Efficient and intelligent response to calls using good response tactics.

**4. COMPLETION OF A CALL/ASSIGNMENT** (Check One):
- ☐ Disposition often reported after prolonged delays.
- ☐ Disposition called in shortly after completion of assignment.
- ☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
- ☒ Disposition called in immediately and handles clerical matters as necessary.

**5. SECTOR/POST CONDITIONS**
- ☐ Disregards or is unaware of quality of life conditions on post.
- ☐ Initiates enforcement responses to correct conditions on post.
- ☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
- ☒ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
- ☐ Requires supervision in order to address post/command conditions.

Submit report to:       C.O., Performance Monitoring Unit, One Police Plaza, Room 1000 (646) 610-5505

RANK/NAME:  PO Abdelal, Mohamed          TAX #:  939838

**6.  REPORTS (Aided, Complaints, OLBS, etc.)**
(Check One):
- [ ] Paperwork incomplete and/or submitted with numerous errors.
- [ ] Paperwork not submitted in a timely fashion.
- [ ] Paperwork submitted timely and with minimal errors.
- [ ] Paperwork error free and always timely.
- [x] Carries the appropriate paperwork, as required on patrol.

**7.  RESPONSE TO SUPERVISION** (Check One):
- [ ] Demonstrates an uncooperative or hostile attitude when instructed.
- [x] Incorporates instruction into daily performance.
- [ ] Responds with respect, courtesy and professionalism.
- [ ] Polite but does not incorporate instruction.

**8.  GENERAL DEMEANOR**
- [ ] Immature, impulsive or combative.
- [ ] Touchy/irritable tends to isolate self.
- [x] Enthusiastic, helpful, innovative.
- [ ] Needs supervision or direction.
- [ ] Mature but lacks motivation.

**9.  WORK ETHIC** (Explain negative comments in "remarks"):
Member is conscientious and aware of responsibilities.
- [x] YES    [ ] NO
Diligent worker and accomplishes all tasks.
- [x] YES    [ ] NO
Member can be depended upon to carry out assigned tasks.
- [x] YES    [ ] NO

**10.  COMMUNITY INTERACTIONS**
- [x] Courteous and respectful when dealing with the public.
- [ ] Curt and abrasive when dealing with the public.
- [ ] Very little contact with public.
- [ ] Civilian complaints received during rating period.
- [ ] Letters of appreciation received during rating period

**11.  EXCUSALS** (Explain negative comments in "Remarks")
Number of times member reported sick during this period. 0    Chronic A [ ]    Chronic B [ ]
  a.  Does there seem to be a pattern to member's sick leave which might indicate sick leave abuse?    [ ] YES    NO [x]
Number of emergency excusals during this period. 0
  a.  Does there seem to be a pattern, which might indicate a problem?  [ ] YES  [x] NO

**12.  DISCIPLINARY MATTERS**
Number of minor violations log entries during this period. 0
(Specify type in "Remarks" and attach copy to this report)
The Department Advocate's Office must be consulted prior to the issuance of a command discipline.
Number of command disciplines during this period. 0
  (Specify in "Remarks the name of the attorney consulted.)
Has member received Charges and Specifications during this period?    [ ] YES  [x] NO
*Specify type in "Remarks" and attach copy to this report

**13.  PERFORMANCE EVALUATIONS** (Attached)
  a.  Activity Reports    [ ] YES  [x] NO
  b.  Annual Performance Evaluation (If end of rating period)
                          [ ] YES  [x] NO

**NOTE:** Indicate proactive/remedial steps taken by command.

**REMARKS**  *(MUST COMMENT ON MEMBER'S PERFORMANCE/INCLUDING POOR PERFORMANCE OR NEGATIVE REPONSES):*

Police Officer Abdelal meets expectations without exceeding them officer ranks average compared to others members of his squad. Officer Abdelal is not on chronic sick and has no command disciplins for this period.

| Date Prepared | Commanding Officer (Print) | Signature | Tax # | Command |
|---|---|---|---|---|
| 01/16/2012 | DI Kevin J. Burke | | 918634 | 050 |

This report is to be treated as **CONFIDENTIAL.**
Submit to the C.O., Performance Monitoring Unit, One Police Plaza, Room 1000
(Rev. 07/01/2008)                                      Perf Monit 024



## POLICE DEPARTMENT
## CITY OF NEW YORK

September 4, 2012

From:       Commanding Officer, 50th Precinct

To:         Commanding Officer, Performance Analysis Section

Subject:    **REQUEST REMOVAL OF P.O. MOHAMED ABDELAL FROM
            LEVEL TWO PERFORMANCE MONITORING UNIT**

1.  After a recent conferral with Captain Kevin J. Burke, Commanding
    Officer of the 50th Precinct, a decision was made to remove Police Officer
    Mohamed Abdelal, tax # 939838, from special monitoring. The decision was
    based on the following criteria:

2.  Police Officer Abdelal's overall performance has improved over the last
    twelve months.  P.O. Abdelal has no disciplinary issues pending and has
    not received any civilian complaints year to date.  He is not an overtime or
    sick abuser.

3.  For your Information.

Kevin J. Burke
Captain



UNIFORMED PERFORMANCE
MONITORING PROFILE

| Surname | First | M.I. |
|---|---|---|
| ABDELAL, | MOHAMED | |

| Rank | Tax # | Command | This report covers period | From | To |
|---|---|---|---|---|---|
| PO | 93938 | 50 | | 4/1/12 | 6/30/12 |

Squad/Tour: C/2          Primary Assignment: PATROL

Duty status:   Restricted Duty ☐      Modified ☐        Suspended ☐

Limited Capacity ☐      Terminal Leave ☐    Full Duty ☒

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**

☐  **Level III – Dismissal Probation** (monthly)

☐  **Level III – Special Monitoring** (monthly)

☒  **Level II – Monitoring** (quarterly):     Force ☐          Discipline ☐
Performance ☐          Domestic ☐

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

| Extremely Competent ☐ | Highly Competent ☐ | Competent ☒ | Low ☐ | Very Low ☐ |
|---|---|---|---|---|

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses will be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**

1.  **SUMMONS ACTIVITY** (Check One): TOTAL # 18
    ☐ Not applicable.
    ☐ Summons activity above average within command.
    ☐ Summons activity below average within command.
    ☐ Summons activity and gives attention to command conditions.
    ☒ Summons activity, but does not address command conditions.

2.  **ARREST ACTIVITY** (Check One): TOTAL # 1
    ☐ Not applicable.
    ☐ No arrest activity.
    ☒ Average arrest activity.
    ☐ Good number of quality arrests, many of which are specifically related to command conditions.

3.  **RESPONSE TO CALLS FOR SERVICE** (Check One):
    ☐ Displays a lackadaisical attitude.
    ☐ Slow in responding to routine calls or directed/vertical patrols.
    ☒ Generally quick in responding to all calls for service or directed/vertical patrols.
    ☐ Efficient and intelligent response to calls using good response tactics.

4.  **COMPLETION OF A CALL/ASSIGNMENT** (Check One):
    ☐ Disposition often reported after prolonged delays.
    ☒ Disposition called in shortly after completion of assignment.
    ☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
    ☐ Disposition called in immediately and handles clerical matters as necessary.

5.  **SECTOR/POST CONDITIONS**
    ☐ Disregards or is unaware of quality of life conditions on post.
    ☐ Initiates enforcement responses to correct conditions on post.
    ☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
    ☐ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
    ☒ Requires supervision in order to address post/command conditions.

Submit report to:     C.O., Performance Monitoring Unit, One Police Plaza, Room 1000 (646) 610-5505

Perf Monit 026

RANK/NAME _PO___ AL, MOHAMED_____ TAX _739838_

6. **REPORTS (Aided, Complaints, OLBS, etc.)**
(Check One):
- [ ] Paperwork incomplete and/or submitted with numerous errors.
- [ ] Paperwork not submitted in a timely fashion.
- [x] Paperwork submitted timely and with minimal errors.
- [ ] Paperwork error free and always timely.
- [ ] Carries the appropriate paperwork, as required on patrol.

7. **RESPONSE TO SUPERVISION** (Check One):
- [ ] Demonstrates an uncooperative or hostile attitude when instructed.
- [x] Incorporates instruction into daily performance.
- [ ] Responds with respect, courtesy and professionalism.
- [ ] Polite but does not incorporate instruction.

8. **GENERAL DEMEANOR**
- [ ] Immature, impulsive or combative.
- [ ] Touchy/irritable tends to isolate self.
- [ ] Enthusiastic, helpful, innovative.
- [x] Needs supervision or direction.
- [ ] Mature but lacks motivation.

9. **WORK ETHIC** (Explain negative comments in "remarks"):
Member is conscientious and aware of responsibilities.
- [x] YES   [ ] NO
Diligent worker and accomplishes all tasks.
- [ ] YES   [x] NO
Member can be depended upon to carry out assigned tasks.
- [x] YES   [ ] NO

10. **COMMUNITY INTERACTIONS**
- [x] Courteous and respectful when dealing with the public.
- [ ] Curt and abrasive when dealing with the public.
- [ ] Very little contact with public.
- [ ] Civilian complaints received during rating period.
- [ ] Letters of appreciation received during rating period.

11. **EXCUSALS** (Explain negative comments in "Remarks")
Number of times member reported sick during this period. _1_   Chronic A [ ]   Chronic B [ ]
   a.   Does there seem to be a pattern to member's sick leave which might indicate sick leave abuse?   [ ] YES   [x] NO
Number of emergency excusals during this period. _0_
   a.   Does there seem to be a pattern, which might indicate a problem? [ ] YES  [x] NO

12. **DISCIPLINARY MATTERS**
Number of minor violations log entries during this period. _0_
(Specify type in "Remarks" and attach copy to this report)
The Department Advocate's Office must be consulted prior to the issuance of a command discipline.
Number of command disciplines during this period. _0_
 (Specify in "Remarks the name of the attorney consulted.)
Has member received Charges and Specifications during this period?   [ ] YES  [x] NO
*Specify type in "Remarks" and attach copy to this report

13. **PERFORMANCE EVALUATIONS** (Attached)
   a.   Activity Reports   [ ] YES  [x] NO
   b.   Annual Performance Evaluation (If end of rating period)
         [ ] YES  [x] NO

**NOTE:** Indicate proactive/remedial steps taken by command.

_____
_____
_____
_____
_____
_____

**REMARKS**   *(MUST COMMENT ON MEMBER'S PERFORMANCE/INCLUDING POOR PERFORMANCE OR NEGATIVE REPONSES):*

OFFICER IS MADE AWARE OF PCT CONDITIONS AND RESPOND APPROPRIATELY, AT TIMES HE MUST BE DIRECTED BY SUPERVISORS TO ADDRESS PRECINCT CONDITIONS.

6/12/12    CAPT BURKE    [signature]    918634    050
Date Prepared   Commanding Officer (Print)    Signature    Tax #    Command

This report is to be treated as **CONFIDENTIAL.**
Submit to the C.O., Performance Monitoring Unit, One Police Plaza, Room 1000

(Rev. 07/01/2008)

Perf Monit 027



**UNIFORMED PERFORMANCE
MONITORING PROFILE**

| Surname | First | M.I. |
|---|---|---|
| ABDELAL, | MOHAMED | |

| Rank | Tax # | Command | This report covers period: | From | To |
|---|---|---|---|---|---|
| PO | 939838 | 50 | | 1/1/12 | 3/31/12 |

Squad/Tour: c/2          Primary Assignment: PATROL

**Duty status:**   Restricted Duty ☐      Modified ☐      Suspended ☐

Limited Capacity ☐      Terminal Leave ☐      Full Duty ☒

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**
☐ Level III – Dismissal Probation (monthly)

☐ Level III – Special Monitoring (monthly)

☒ Level II – Monitoring (quarterly):   Force ☐          Discipline ☐
                                         Performance ☐      Domestic ☐

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

| Extremely Competent ☐ | Highly Competent ☐ | Competent ☒ | Low ☐ | Very Low ☐ |
|---|---|---|---|---|

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses will be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**
1. **SUMMONS ACTIVITY** (Check One): TOTAL # 15
☐ Not applicable.
☐ Summons activity above average within command.
☐ Summons activity below average within command.
☒ Summons activity and gives attention to command conditions.
☐ Summons activity, but does not address command conditions.

2. **ARREST ACTIVITY** (Check One): TOTAL # 2
☐ Not applicable.
☐ No arrest activity.
☒ Average arrest activity.
☐ Good number of quality arrests, many of which are specifically related to command conditions.

3. **RESPONSE TO CALLS FOR SERVICE** (Check One):
☐ Displays a lackadaisical attitude.
☐ Slow in responding to routine calls or directed/vertical patrols.
☒ Generally quick in responding to all calls for service or directed/vertical patrols.
☐ Efficient and intelligent response to calls using good response tactics.

4. **COMPLETION OF A CALL/ASSIGNMENT** (Check One):
☐ Disposition often reported after prolonged delays.
☒ Disposition called in shortly after completion of assignment.
☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
☐ Disposition called in immediately and handles clerical matters as necessary.

5. **SECTOR/POST CONDITIONS**
☐ Disregards or is unaware of quality of life conditions on post.
☐ Initiates enforcement responses to correct conditions on post.
☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
☐ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
☒ Requires supervision in order to address post/command conditions.

Submit report to:       C.O., Performance Monitoring Unit, One Police Plaza, Room 1000 (646) 610-5505

RANK/NAME: _PO ABDELAL, MOHAMED_   Tax # _939838_

**6.   REPORTS (Aided, Complaints, OLBS, etc.)**
(Check One):
- [ ] Paperwork incomplete and/or submitted with numerous errors.
- [ ] Paperwork not submitted in a timely fashion.
- [x] Paperwork submitted timely and with minimal errors.
- [ ] Paperwork error free and always timely.
- [ ] Carries the appropriate paperwork, as required on patrol.

**7.   RESPONSE TO SUPERVISION** (Check One):
- [ ] Demonstrates an uncooperative or hostile attitude when instructed.
- [x] Incorporates instruction into daily performance.
- [ ] Responds with respect, courtesy and professionalism.
- [ ] Polite but does not incorporate instruction.

**8.   GENERAL DEMEANOR**
- [ ] Immature, impulsive or combative.
- [ ] Touchy/irritable tends to isolate self.
- [ ] Enthusiastic, helpful, innovative.
- [x] Needs supervision or direction.
- [ ] Mature but lacks motivation.

**9.   WORK ETHIC** (Explain negative comments in "remarks"):
Member is conscientious and aware of responsibilities.
- [x] YES   [ ] NO
Diligent worker and accomplishes all tasks.
- [ ] YES   [x] NO
Member can be depended upon to carry out assigned tasks.
- [x] YES   [ ] NO

**10.   COMMUNITY INTERACTIONS**
- [x] Courteous and respectful when dealing with the public.
- [ ] Curt and abrasive when dealing with the public.
- [ ] Very little contact with public.
- [ ] Civilian complaints received during rating period.
- [ ] Letters of appreciation received during rating period.

**11.   EXCUSALS** (Explain negative comments in "Remarks")
Number of times member reported sick during this period. _O_   Chronic A [ ]   Chronic B [ ]
  a.   Does there seem to be a pattern to member's sick leave which might indicate sick leave abuse?   YES [ ]   NO [x]
Number of emergency excusals during this period. _/_
  a.   Does there seem to be a pattern, which might indicate a problem?   [ ] YES   [x] NO

**12.   DISCIPLINARY MATTERS**
Number of minor violations log entries during this period. _O_
(Specify type in "Remarks" and attach copy to this report)
The Department Advocate's Office must be consulted prior to the issuance of a command discipline.
Number of command disciplines during this period. _/_
(Specify in "Remarks the name of the attorney consulted.)
Has member received Charges and Specifications during this period?   [ ] YES   [x] NO
*Specify type in "Remarks" and attach copy to this report

**13.   PERFORMANCE EVALUATIONS** (Attached)
  a.   Activity Reports   [ ] YES   [x] NO
  b.   Annual Performance Evaluation (if end of rating period)
    [ ] YES   [x] NO

**NOTE: Indicate proactive/remedial steps taken by command**

**REMARKS**   _(MUST COMMENT ON MEMBER'S PERFORMANCE/INCLUDING POOR PERFORMANCE OR NEGATIVE REPONSES):_

POABDELAL PERFORMANCE IS MARGINAL, OFFICER HAS TO BE INSTRUCTED BY SUPERVISORS.

3/31/12   CAPT. BURKE   _[signature]_   918654   050

Date Prepared   Commanding Officer (Print)   Signature   Tax #   Command

This report is to be treated as ***CONFIDENTIAL.***
Submit to the C.O., Performance Monitoring Unit, One Police Plaza, Room 1000
(Rev. 07/01/2008)                                      Perf Monit 029

 UNIFORMED PERFORMANCE
MONITORING PROFILE

| | | | |
|---|---|---|---|
| | Surname | First | M.I. |
| | Abdelad | Mohamed | |

**Rank** 988838 ←Tax #     **Command** 650     This report covers period: From 10/31/11 To 12/31/2011

**Squad/Tour:** C2     **Primary Assignment** Prime

**Duty status:** Restricted Duty____     Modified____     Suspended____

Limited Capacity____     Terminal Leave____

## PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:

____ Level III – Dismissal Probation (monthly)

____ Level III – Special Moni...

Sgr Macahe
de liver
w:11
10/12

____ Performance ____

RING RATING PERIOD?
Very
w____ Low____

r performance or negative responses wil

`A CALL/ASSIGNMENT

...rted after prolonged delays.
...ortly after completion of

...mediately but often goes out
...perform routine clerical tasks that could
be more efficiently handled at a later time.
☐Disposition called in immediately and handles
clerical matters as necessary.

2. ....IVITY (Check One): TOTAL # 3
☐Not applicable.
☐No arrest activity.
☑Average arrest activity.
☐Good number of quality arrests, many of which are
specifically related to command conditions.

### 3. RESPONSE TO CALLS FOR SERVICE (Check One)
☐Displays a lackadaisical attitude.
☐Slow in responding to routine calls or directed/vertical
patrols.
☑Generally quick in responding to all calls for service or
directed/vertical patrols.
☐Efficient and intelligent response to calls using good
response tactics.

### 5. SECTOR/POST CONDITIONS
☐Disregards or is unaware of quality of life conditions
on post.
☐Initiates enforcement responses to correct conditions
on post.
☐Does not address quality of life conditions through
the use of verticals, ejections, summonses or arrests,
etc.
☑Enforces quality of life conditions on post through
the use of verticals, ejections, summonses and arrests.
☐Requires supervision in order to address
post/command conditions.



**SUPERVISOR'S COMPLAINT REPORT/
COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev. 04-06)

Command Ser. No. ___115___

Schedule: ☐ A   ☒ B

From: 50 Precinct ICO

To: Commanding Officer 50 Precinct

Subject: **REPORT OF VIOLATION OF THE RULES AND PROCEDURES**

| Member Complained Of: | Rank | Full Name | | Tax Number | Command |
|---|---|---|---|---|---|
| | PO | Abdelal, mohamed | | 939838 | 050 |
| Location Where Violation Occurred | | | Time | Date | Day of Week |
| 050 precinct S/H | | | 1500 | 09/22/11 | mon |
| Complainant (if any): | Name and Address | | | Telephone Number | |

Details of Violation:

Regarding IAB log# 11-32489, Police Officer Abdelal failed to properly safeguard his NYPD issued portable radio, resulting in its loss. Police Officer Abdelal is unsure how loss occurred.

The Member was ☒ was not ☐ warned and admonished; and

was ☒ was not ☐ instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report: | Rank | Signature | Tax Number | Command | Date |
|---|---|---|---|---|---|
| | Sgt | Mccabe | 892066 | 050 | 10/12/11 |

**FOLLOW-UP**

☐ Unsubstantiated

☐ Charge and Specifications

☐ Command Discipline Accepted

☐ Command Discipline Review Panel

Precinct Ser. No. _____

Final Disposition: Substantiated

| Rank | Signature of Commanding Officer | Tax Number | Command | Date |
|---|---|---|---|---|
| CAPT | | 918634 | 050 | 1/12/11 |

Instructions:
Commanding Officers must investigate and report disposition under FOLLOW-UP.
If a schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

Perf Monit 031

**COMMAND DISCIPLINE REPORT / ELECTION**

Command Ser. No. _____

| Member's Name | Rank | Tax Number | Command/Assignment |
|---|---|---|---|
| | | | |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trial Commissioner. You must complete and return this form to the undersigned within three working days.

Summary of Investigation and Disposition of Complaint:

| Finding | Disciplinary Action Recommended |
|---|---|
| Substantiated | |

| Rank | Signature of Commanding Officer | Tax No. | Command | Date |
|---|---|---|---|---|
| CAPT | Capt Burke | 918634 | 050 | 1/12/12 |

**TO BE COMPLETED BY MEMBER CHARGED**

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trial Commissioner have been explained to me and I hereby voluntarily:

☑ Accept the finding and the proposed disciplinary action.

☐ Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

☐ Decline to accept any disciplinary action without a statutory hearing.

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By: (Rank, Name, Shield) |
|---|---|---|
| | 1/12/12 | |

If a Schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

Perf Monit 032

**SUPERVISOR'S COMPLAINT REPORT/**
**COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev. 04-06)

Command Ser. No. _____

Schedule: ☒ A   ☐ B

From:   Operations Coordinator, 50th Precinct

To:   Commanding Officer, 50th Precinct

Subject: **REPORT OF VIOLATION OF THE RULES AND PROCEDURES**

| Member Complained Of: | Rank | Full Name | | Tax Number | Command |
|---|---|---|---|---|---|
| | P.O | Abdelal, Mohamed       939838 | | 939838 | 050 |

| Location Where Violation Occurred | Time | Date | Day of Week |
|---|---|---|---|
| 50th Precinct Station House | 0900 | 10/03/11 | Mon. |

| Complainant (if any): N.A. | Name and Address | Telephone Number |
|---|---|---|
| | N/A | N/A |

Details of Violation:                                              accrued

   Police Officer Abdelal violated P.G. 203-19 Sub.21 in that he ~~incurred~~
   a  negative leave balance without permission of proper authority.

   See Attached

The Member was ☐ was not ☒ warned and admonished, and

        was ☐ was not ☐ instructed in the proper performance of duty and/or procedure

| Signature of Supervisor Preparing Report: | Rank LT | Signature [signature] | Tax Number 898663 | Command O.50 | Date 10/03/11 |
|---|---|---|---|---|---|

**FOLLOW-UP**

☐ Unsubstantiated                    ☐ Command Discipline Accepted

☐ Charge and Specifications          ☐ Command Discipline Review Panel

        Precinct Ser. No. _____

Final Disposition:   Substantiated

| Rank CAPT | Signature of Commanding Officer [signature] | Tax Number 9/8634 | Command 050 | Date 1/12/12 |
|---|---|---|---|---|

Instructions:
   Commanding Officers must investigate and report disposition under FOLLOW-UP.
   If a schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department
   Advocate's Office.

                                                                Perf Monit 033

**COMMAND DISCIPLINE REPORT / ELECTION**                    Command Ser. No. _____

| Member's Name | Rank | Tax Number | Command/Assignment |
|---|---|---|---|
| | | | |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trial Commissioner. You must complete and return this form to the undersigned within three working days

Summary of Investigation and Disposition of Complaint:

| Finding | Disciplinary Action Recommended |
|---|---|
| Substantiated | |

| Rank | Signature of Commanding Officer | Tax No. | Command | Date |
|---|---|---|---|---|
| CAPT | Burke | 418634 | 050 | 1/12/2012 |

**TO BE COMPLETED BY MEMBER CHARGED**

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trial Commissioner have been explained to me and I hereby voluntarily:

[X] Accept the finding and the proposed disciplinary action.

[ ] Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

[ ] Decline to accept any disciplinary action without a statutory hearing.

**Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.**

| Officer's Signature | Date | Witnessed By: (Rank, Name, Shield) |
|---|---|---|
| Abdula | 1/12/12 | |

If a Schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

Perf Monit 034

**SUPERVISOR'S COMPLAINT REPORT/
COMMAND DISCIPLINE ELECTION REPORT**
PD 468-123 (Rev. 04-06)

Command Ser. No. _____ 2011- 67

Schedule: ☑ A    ☐ B

From:    **BRONX COURT SECTION, APPEARANCE CONTROL SUPERVISOR.**

To:     **COMMANDING OFFICER, 050 PRECINCT.**

Subject: **REPORT OF VIOLATION OF THE RULES AND PROCEDURES**

| Member Complained Of: | Rank PO | Full Name MOHAMED ABDELAL | Tax Number 939838 | Command 050 |
|---|---|---|---|---|
| Location Where Violation Occurred BRONX COURT SECTION 215 East 161st STREET. | | | Time | Date 09/07/11 | Day of Week WED |
| Complainant (if any): | Name and Address | | Telephone Number | |

Details of Violation:

　　　1. The subject officer was scheduled to appear at the Bronx Court in regards to Case Docket# 2011BX025378 for a "Must Appear Trial". Officer Abdelal violated Patrol Guide procedures (PG-211.01) regarding Court appearances. The Respondent failed to sign out of Court on the above date. In addition, Officer Abdelal failed to sign out of Court on 01/06/11 and on 06/17/11.

The Member was ☐ was not ☑ warned and admonished, and
　　　　　was ☐ was not ☑ instructed in the proper performance of duty and/or procedure.

| Signature of Supervisor Preparing Report | Rank SGT | Signature | Tax Number 922880 | Command BXCT | Date 11/21/11 |
|---|---|---|---|---|---|

**FOLLOW-UP**

☐ Unsubstantiated                    ☐ Command Discipline Accepted

☐ Charge and Specifications          ☐ Command Discipline Review Panel

　　　Precinct Ser. No. _____

Final Disposition: Substantiated

| Rank CAPT | Signature of Commanding Officer | Tax Number 918634 | Command 050 | Date 1/12/20α |
|---|---|---|---|---|

Instructions:
　Commanding Officers must investigate and report disposition under FOLLOW-UP.
　If a schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

Perf Monit 035

**COMMAND DISCIPLINE REPORT / ELECTION**          Command Ser. No. _____

| Member's Name | Rank | Tax Number | Command/Assignment |
|---|---|---|---|
| | | | |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action; or accept the finding but appeal the proposed disciplinary action to the Command Discipline Review Panel for final determination; or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a Trial Commissioner. You must complete and return this form to the undersigned within three working days.

Summary of Investigation and Disposition of Complaint:

| Finding | | Disciplinary Action Recommended | | |
|---|---|---|---|---|
| *Substantiated* | | | | |
| Rank | Signature of Commanding Officer | Tax No. | Command | Date |
| CAPT | | 918634 | 050 | 1/12/ |

**TO BE COMPLETED BY MEMBER CHARGED**

I understand that I do not have to accept the finding and the disciplinary action recommended by my commanding officer or unit head. My right to have this matter reviewed as to the proposed disciplinary action only, by the Command Discipline Review Panel, and my right to a statutory hearing before a Trial Commissioner have been explained to me and I hereby voluntarily:

[✓] Accept the finding and the proposed disciplinary action.

[ ] Accept the finding but elect to have the disciplinary action reviewed by the Command Discipline Review Panel.

[ ] Decline to accept any disciplinary action without a statutory hearing.

Any decision arrived at relative to this case is apart from and does not preclude further exercise of management prerogative such as reduction in grade, transfer, reassignment, etc.

| Officer's Signature | Date | Witnessed By (Rank, Name, Shield) |
|---|---|---|
| P.O. Abdel | 1/12/2 | |

If a Schedule "B" violation is substantiated, send a completed copy of this report (front and rear), to the Department Advocate's Office.

Perf Monit 036

ASSIGNMENTS / IDENTIFIED CONDITIONS

MOHAMED Y ABDELAL

Tax No. 939838

1. Officer took initiative in correcting conditions ....
2. Officer's enforcement activity addressed declared conditions
3. Officer took appropriate follow-up steps to properly address conditions
4. Officer's administrative reports were accurate
5. Officer related well during community interactions
6. Officer presented an overall professional image
7. Additional Comments

police effectively had an active and whole textual summon addressing this condition.

Sgt. Signature _____  Date 01/04/11  P.O. Signature

939838   939838   939838   939838   939838

Perf Monit 037

**POLICE OFFICER'S MONTHLY CONDITIONS IMPACT MEASUREMENT REPORT**
PD XAX-XXX (M 11)

939838

| Last Name | First | M.I. | Tax Reg. No. | Command | | Month/Time |
|---|---|---|---|---|---|---|
| ABDELAL | MOHAMED | Y | 939838 | 050 | C-2 | December 2011 |

| # | Assignments / Identified Conditions | Y/N | Enforcement / Patrol | OT Hours | Directed Patrol | Self Init Patrol | Radio Runs | Other Reports | Felony | Misdemeanor | Violation | AP Summons / Violation | B-Summons / C-Summons | C-Summons / Other | Loitering / Other | Juvenile Report | Truants | Stop and Frisk | Complaint | ADIO | Complaints Filed | Accident | UF/Domestic Incident | Field Report |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RDO | Y N | | | | | | | | | | | | | | | | | | | | | |
| 2 | I.P.P. | Y N | | | | | | | | | | | | | | | | | | | | | |
| 3 | AD | Y N | 3011 Heath Directed | 1 | 1 | | 7 | | | | 1 | | | | | | | | 1 | 1 | 1 | | |
| 4 | ABC | Y N | Sedgwick & 197 Directed | 1 | 1 | | 1 | | | | 1 | 1 | | | | | | | | | | | |
| 5 | ABC | Y N | 3340 Bailey Vert | 1 | | | 13 | | | | | | | | | | | | 1 | | 1 | | |
| 6 | Vert court | Y N | | | | | | | | | | | | | | | | | | | | | |
| 7 | RDO | Y N | | | | | | | | | | | | | | | | | | | | | |

Name of Monitoring Supervisor: Sgt Batista    Tax No. 926552    Signature: Batista    Date 12/11/11

| 8 | RDO | Y N | | | | | | | | | | | | | | | | | | | | | |
| 9 | RDO | Y N | | | | | | | | | | | | | | | | | | | | | |
| 10 | CRV | Y N | | 230 | 5 | | | | | | | | | | | | | | | | | | |
| 11 | ARCD | Y N | Ft Indie Park Direct | 1 | 1 | | 2 | | | | 1 | | | | | | | | 1 | | | | |
| 12 | court | Y N | | | | | | | | | | | | | | | | | | | | | |
| 13 | K | Y N | Sedgwick & W 197 | 1 | 1 | | 3 | | | | 1 | | | | | | | | 1 | | | | |
| 14 | CRV | Y N | | 230 | | | | | | | | | | | | | | | | | | | |

Name of Monitoring Supervisor: Sgt Batista    Tax No. 926552    Signature: Batista    Date 12/14/11

| 15 | RDO | Y N | | | | | | | | | | | | | | | | | | | | | |
| 16 | RDO | Y N | | | | | | | | | | | | | | | | | | | | | |
| 17 | CRV | Y N | | 83 | 5 | | | | | | | | | | | | | | | | | | |
| 18 | CRV | Y N | | 83 | 5 | | | | | | | | | | | | | | | | | | |
| 19 | OBF | Y N | Van Cortlendt Park | 1 | 1 | | 6 | | 1 | 1 | | | | | | | | | | | | | |
| 20 | ABC | Y N | | 1 | | | 1 | | | | | | | | | | | | | | | | |
| 21 | CF | Y N | 109 W 25th St | 1 | 1 | | 10 | | | | | | | | | | | | 1 | 1 | 1 | | |

Name of Monitoring Supervisor: Sgt Batista    Tax No. 926552    Signature: Batista    Date 12/21/11

939838    939838    939838    939838



**UNIFORMED PERFORMANCE
MONITORING PROFILE**

| | | |
|---|---|---|
| Surname | First | M.I. |
| Abdelac | Mohamed | |

| | | | |
|---|---|---|---|
| Rank 10 | Tax # 939828 | Command 850 | This report covers period: From April To June 2011 |
| Squad/Tour: C2 | | | Primary Assignment: Patrol |
| Duty status: Restricted Duty_____ | | Modified_____ | Suspended_____ |
| Limited Capacity_____ | | Terminal Leave_____ | |

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**

_____ Level III – Dismissal Probation (monthly)

_____ Level III – Special Monitoring (monthly)

_____ Level II – Monitoring (quarterly) Force_____ Discipline_____ Performance_____

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

| Extremely Competent_____ | Highly Competent_____ | Competent_____ | Low_____ | Very Low_____ |
|---|---|---|---|---|

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses will be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**

**1.SUMMONS ACTIVITY** (Check One): TOTAL # ____
- ☐ Not applicable.
- ☒ Summons activity above average within command.
- ☐ Summons activity below average within command.
- ☐ Summons activity and gives attention to command conditions.
- ☐ Summons activity, but does not address command conditions.

**2.ARREST ACTIVITY** (Check One): TOTAL # ____
- ☐ Not applicable.
- ☐ No arrest activity.
- ☒ Average arrest activity.
- ☐ Good number of quality arrests, many of which are specifically related to command conditions.

**3.RESPONSE TO CALLS FOR SERVICE** (Check One):
- ☐ Displays a lackadaisical attitude.
- ☐ Slow in responding to routine calls or directed/vertical patrols.
- ☒ Generally quick in responding to all calls for service or directed/vertical patrols.
- ☐ Efficient and intelligent response to calls using good response tactics.

**4. COMPLETION OF A CALL/ASSIGNMENT** (Check One):
- ☐ Disposition often reported after prolonged delays.
- ☒ Disposition called in shortly after completion of assignment.
- ☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
- ☐ Disposition called in immediately and handles clerical matters as necessary.

**5. SECTOR/POST CONDITIONS**
- ☐ Disregards or is unaware of quality of life conditions on post.
- ☒ Initiates enforcement responses to correct conditions on post.
- ☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
- ☐ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
- ☐ Requires supervision in order to address post/command conditions.

**POLICE OFFICER'S MONTHLY PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ADDRESSED
1. General Enforcement Against Crime / Life and Traffic Violations
2. traffic summonse enforce Innitiative

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed Y | | 939838 | 050 | C - 2 | May 2011 |

| # | Specify primary assignment | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD | VICE | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | "C" CRIMINAL COURT | E.C.B./TAB OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED/ ACCIDENT | STOP AND FRISK | TRK/AKTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION #1 | CONDITION #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AD | 1 | | 7 | | | | | | | | | | | | | | | | | | | | |
| 2 | AD | 1 | | 5 | | | | | | | 1 | | | | | | | | | | | | | |
| 3 | P.P court | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | CBF | 6 | | 6 | | | | | | | | | | | | | | | | | | | 1 | |
| 7 | AD | 1 | | | | | 1 | | | | 2 | | | | | | | | | | | | | |
| 8 | ABCD | 1 | | 2 | | | | | | 1 | | | | | | | | | 1 | | 1 | | | |
| 9 | K | 1 | | 4 | | | | | | 1 | | | | | | | | | | | | 1 | | |
| 10 | ABCD | 1 | | 7 | | | | | | | | | | | 1 | | 1 | | | | | | | |
| 11 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | ABCD | 1 | | 4 | | | | | | | | | | | | | | | | | | 1 | | |
| 15 | AD | 2 | | 2 | | | | | | | | | | | 1 | | | | | | | | | |
| 16 | AD | 1 | | 5 | | | | | | 1 | | | | | | | | | | | 2 | | | |
| 17 | PP Court | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | AMP AD | 1 | | 8 | | | | | | | | | | | 2 | 1 | 1 | | | | | | | |
| 19 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | ABC | 1 | | 4 | | | | | | | | | | | | | 1 | | | | 1 | | | |
| 22 | ABC | 1 | | 4 | | | | | | | | | | | | | | | | | 1 | | | |
| 23 | E | 1 | | 7 | | | | | | | | | | | | | | | | | 1 | | | |
| 24 | ABCD | 1 | | | | | | | | | 1 | | | | | | | | | | | | | |
| 25 | PFTS Training | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | 13 | | 65 | | | 1 | | | 3 | 3 | 1 | | | 4 | | 5 | | | | | | | |

Perf Monit 040

# PERFORMANCE REPORT
PD 439-1414 (Rev. 05-08)

1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2. _____

| Last Name | First | | Tax Reg. No. | Command | Sq. | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | 4 | 939838 | 050 | C-2 | April 2011 |

| Specify primary assignment for day. For example: RMP, BEAT, Patrol Post Number, T.S., Vacation, R.D.O. | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD. | VIOL. | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | "C" CRIMINAL COURT | E.C.B./TAB/ OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED/ ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION # 1 | CONDITION # 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 2 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 3 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 4 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 5 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 6 ABCD | 1 | 6 | | | | | | | | 1 | | | | 1 | | 1 | | | | | 2 | | |
| 7 ABCD | 1 | 4 | | | | | | | | | | | | | | | | | | | | | |
| 8 ABCD | 1 | 2 | | | | | | | | | | | | | | | | | | | | | |
| 9 CRV | | | | | | | | | | | | | | | | | | | | | | | |
| 10 ABCD | 1 | 8 | | | | | | 1 | 1 | | | | | | | 1 | | | | | 1 | | |
| 11 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 12 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 13 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 14 ABCD | 1 | | | | | | | | | | | | | | | | | | | | | | |
| 15 ABCD | 1 | 5 | | | | | | | 8 | 3 | | | | 1 | 3 | 1 | 1 | | | | 1 | | |
| 16 ABCD | 1 | 4 | | | | | | | | | | | | | | | | | | | 1 | | |
| 17 CRV | | | | | | | | | | | | | | | | | | | | | | | |
| 18 AD | 1 | 9 | 2 | | | | | | | | | | | 1 | 3 | 1 | 3 | | | | | | |
| 19 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 20 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 21 ABCD | 1 | 7 | | | | | | | | | | | | | | | | | | | | | |
| 22 ABCD | 1 | 11 | | | | | | | | 1 | | | | | | | | | | | 1 | | |
| 23 ABCD | 1 | 6 | | | | | | | | | | | | | | | 1 | | | | | | |
| 24 ABCD | 1 | 4 | | | | | | | | | | | | | | | | | | | | | |
| 25 Funeral | | | | | | | | | | | | | | | | | | | | | | | |
| 26 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 27 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 28 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 29 ABCD | 1 | 4 | | | | | | | | 2 | | | | | | 1 | | | | | | | |
| 30 ABCD | 1 | 7 | | | | | | | | | | | | | | 1 | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | 14 | 77 | | | | | | 1 | 9 | 3 | 5 | | | 3 | | 7 | | | | | 6 | | |

Perf Monit 041



**UNIFORMED PERFORMANCE
MONITORING PROFILE**

| Surname | First | M.I. |
|---|---|---|
| Abdalel | Mohamed | |

| Rank | Tax # | Command |
|---|---|---|
| PO | 939838 | 050 |

This report covers period: From JAN To March 2011

Squad/Tour: C2

Primary Assignment: PAtroL

Duty status:   Restricted Duty_____   Modified_____   Suspended_____

Limited Capacity_____   Terminal Leave_____

## PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:

_____ Level III – Dismissal Probation (monthly)

_____ Level III – Special Monitoring (monthly)

_____ Level II – Monitoring (quarterly): Force ____   Discipline ____   Performance

## HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?

Extremely Competent_____   Highly Competent_____   Competent_____   Low_____   Very Low_____

## PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT: (Areas of poor performance or negative responses will be explained in "Remarks")

### PATROL/ENFORCEMENT DUTIES

**1. SUMMONS ACTIVITY** (Check One): TOTAL # ____
☐ Not applicable.
☒ Summons activity above average within command.
☐ Summons activity below average within command.
☐ Summons activity and gives attention to command conditions.
☐ Summons activity, but does not address command conditions.

**2. ARREST ACTIVITY** (Check One): TOTAL # ____
☐ Not applicable.
☐ No arrest activity.
☒ Average arrest activity.
☐ Good number of quality arrests, many of which are specifically related to command conditions.

**3. RESPONSE TO CALLS FOR SERVICE** (Check One):
☐ Displays a lackadaisical attitude.
☐ Slow in responding to routine calls or directed/vertical patrols.
☒ Generally quick in responding to all calls for service or directed/vertical patrols.
☐ Efficient and intelligent response to calls using good response tactics.

**4. COMPLETION OF A CALL/ASSIGNMENT** (Check One):
☐ Disposition often reported after prolonged delays.
☒ Disposition called in shortly after completion of assignment.
☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time
☐ Disposition called in immediately and handles clerical matters as necessary.

**5. SECTOR/POST CONDITIONS**
☐ Disregards or is unaware of quality of life conditions on post.
☒ Initiates enforcement responses to correct conditions on post.
☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
☐ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests
☐ Requires supervision in order to address post/command conditions.

Submit report to:   C.O., Performance Monitoring Unit, One Police Plaza, Room 1106 (646) 610-5505

Perf.Monit.042

# PERFORMANCE REPORT
PD 439-1414 (Rev. 05-08)

1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2.

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | January 2011 |

| Day | Assignment | TOURS ON PATROL | OT HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD. | VIOL. | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | "C" CRIMINAL COURT | E.C.B./TAB/OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED/ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION # 1 | CONDITION # 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AD | 1 | | 4 | | | | | | 7 | | | | | | | | | | | | | | |
| 2 | AD | 1 | | 5 | | | | | | | | | | | | | | | | | | | | |
| 3 | AD | 1 | | 6 | | | | | | 2 | | | | | | | 1 | | | | | | | |
| 4 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | Court Day | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | AD | 1 | | 3 | | | | | | | | | | | | | | | | | 1 | | | |
| 8 | AD | 1 | | 2 | | | | | | 5 | | | | | 1 | | 2 | | | | | | | |
| 9 | AD | 1 | | 3 | | | | | | | | | | | | | 1 | | | | | | | |
| 10 | Cop of Month | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | AD | 1 | | 5 | | | | | | | | | | | | | 1 | | | | | | | |
| 15 | AD | 1 | | 4 | | | | | | | | | | | | | | | | | | | | |
| 16 | AD | 1 | | 4 | | | 1 | | | 3 | | | | | | | | | | | | | | |
| 17 | court | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | Sector ABC | 1 | | 3 | | | | | | | | | | | 1 | | 1 | | | | | | | |
| 19 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | AD | 1 | | 6 | | | | | | | | | | | | | 1 | | | | | | | |
| 22 | F | 1 | | 4 | | | | | | | | | | | | | | | | | 1 | | | |
| 23 | ABC | 1 | | 6 | | | | | | 2 | | | | | | | | | | | 2 | | | |
| 24 | TS Duty | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | Court | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | AACD | 1 | | 15 | | | | | | | | 2 | | | | | | 1 | | | 3 | | | |
| 30 | ABC | 1 | | 4 | | | | | | | | | | | | | | | | | | | | |
| 31 | AD | 1 | | 2 | | | | | | | | | | | 1 | | 1 | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | 16 | | 79 | | | 1 | | | 20 | 2 | | | | 3 | 4 | 1 | | | | | | | |

Perf Mon 043



**UNIFORMED PERFORMANCE**
**MONITORING PROFILE**

| Surname | First | M.I. |
|---|---|---|
| *Abdelal* | *Mohamed* | |

| Rank | Tax # | Command | This report covers period: | From | To |
|---|---|---|---|---|---|
| *PO* | *939838* | *050* | *Oct* | | *Doc 2010* |

Squad/Tour: *C-2*     Primary Assignment: *PaTroL*

Duty status:   Restricted Duty_____   Modified_____   Suspended_____

      Limited Capacity_____   Terminal Leave_____

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**

_____ Level III – Dismissal Probation (monthly)

_____ Level III – Special Monitoring (monthly)

_____ Level II – Monitoring (quarterly): Force_____   Discipline ✓   Performance_____

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

| Extremely Competent | Highly Competent | Competent | Low | Very Low |
|---|---|---|---|---|
| _____ | ✓ | _____ | _____ | _____ |

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses wil be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**

**1.SUMMONS ACTIVITY** (Check One): TOTAL # ____
- ☐ Not applicable.
- ☒ Summons activity above average within command.
- ☐ Summons activity below average within command.
- ☐ Summons activity and gives attention to command conditions.
- ☐ Summons activity, but does not address command conditions.

**2.ARREST ACTIVITY** (Check One): TOTAL # ____
- ☐ Not applicable.
- ☐ No arrest activity.
- ☒ Average arrest activity.
- ☐ Good number of quality arrests, many of which are specifically related to command conditions.

**3.RESPONSE TO CALLS FOR SERVICE** (Check One):
- ☐ Displays a lackadaisical attitude.
- ☐ Slow in responding to routine calls or directed/vertical patrols.
- ☒ Generally quick in responding to all calls for service or directed/vertical patrols.
- ☐ Efficient and intelligent response to calls using good response tactics.

**4. COMPLETION OF A CALL/ASSIGNMENT** (Check One):
- ☐ Disposition often reported after prolonged delays.
- ☒ Disposition called in shortly after completion of assignment.
- ☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
- ☐ Disposition called in immediately and handles clerical matters as necessary.

**5. SECTOR/POST CONDITIONS**
- ☐ Disregards or is unaware of quality of life conditions on post.
- ☒ Initiates enforcement responses to correct conditions on post.
- ☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
- ☐ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
- ☐ Requires supervision in order to address post/command conditions.

**POLICE OFFICER'S MONTHLY PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ADDRESSED
1. General Enforcement Against Crime   f Life and Traffic Violations
2. traffic infraction, & Moving violations

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | February 2011 |

| Day | Assignment | TOURS ON PATROL | C.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD | VIOL | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | "C" CRIMINAL COURT | E.C.B./TAB/OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | COND #1 | COND #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ABC | 1 | | 4 | | | | | | | | | | | | | 1 | | | | | | | |
| 2 | CBF | 1 | | 3 | | | | | | | | | | | | | | | | | | | | |
| 3 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | AD | 1 | | 4 | | | | | | | 1 | 3 | | | | | 1 | | | | 1 | | | |
| 6 | ABC | 1 | | 7 | | | 1 | | | 2 | | | | | | | | | | | 1 | | | |
| 7 | AAB/AD | 1 | | | | | | | | | | | | | | | | | | | | | | |
| 8 | AD | 1 | | 3 | | | | | | 1 | | | | | | | | | | | | | | |
| 9 | 9mm Range | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | CRV | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | ABCD | 1 | | 8 | | | | | | 1 | 1 | | | | 2 | | 2 | | | | | 2 | | |
| 22 | ABCD | 1 | | 7 | | | | | | | 1 | | | | | | 1 | | | | | 3 | | |
| 23 | ABCD | 1 | | 6 | | | | | | 1 | 2 | | | | | | 1 | | | | | 1 | | |
| 24 | ABCD | 1 | | 9 | | | | | | | 4 | | | | | | | | | | | | | |
| 25 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | AD | 1 | | 3 | | | | | | 1 | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | 11 | 54 | | | | 1 | | | 6 | 8 | 3 | | | 3 | | 6 | | | | | | | |

Perf Month 045

**POLICE OFFICER'S MONTHLY PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ADDRESSED
1. General Enforcement Against Crime / Life and Traffic Violations
2. 

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | March 2011 |

| # | ASSIGNMENTS/ABSENCES | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD. | VIOL. | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | TC CRIMINAL COURT | E.C.B./ENV OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED/ ACCIDENT | STOP AND FRISK | TRESPASS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION #1 | CONDITION #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AD | 1 | | 5 | | | | | | | | | | | | | | | | | | 1 | | |
| 2 | ABC | 1 | | 6 | | | | | | | | | | | | | | 3 | | | | | | |
| 3 | MAB/AD Court | 1 | | 4 | | | | | | | 4 | | | | | | | | | | | | | |
| 4 | AD | 1 | | 2 | | | | | | | | | | | | | | | | 2 | | | | |
| 5 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | ABC | 1 | | 2 | | | | | | | | | | | | | | 1 | | | | | | |
| 8 | ABC | 1 | | 1 | | | | | | | | | | | | | | | | | | | | |
| 9 | AAC | 1 | | 3 | | | | | | | | | | | | | | | | | | | | |
| 10 | AD | 1 | | 5 | | | | | 3 | | | | | | | | | | | | | | | |
| 11 | INTAC | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | Chart Day | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | ABC | 1 | | 6 | 1 | | | | | | | | | | 1 | | | | | | | | | |
| 17 | ABC | 1 | | 7 | | 1 | | | | | 1 | | | | | | 1 | | | | | | | |
| 18 | Court | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | ABC | 1 | | 16 | 1 | | | | | | | | | | 1 | | 1 | | | | | 2 | | |
| 20 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | ABCD | 1 | | 3 | | | | | | 1 | 2 | | | | | | | | | | | 1 | | |
| 23 | ABCD | 1 | | 3 | | | | | | 1 | | | | | | | | | | | | | | |
| 24 | ABCD | 1 | | 5 | | | | | | | | | | | | | | | | | | 1 | | |
| 25 | T/S Duty | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | IVD | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| | MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| | MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| | TOTALS | 14 | | 68 | 2 | | 1 | | | 5 | 2 | 5 | | | 2 | 5 | 1 | | | | | 2 | 3 | |

Perf Mgmt 046

# POLICE OFFICER'S MONTHLY PERFORMANCE REPORT
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ADDRESSED
1. General Enforcement Against Crimes ... of Life and Traffic Violations
2. _____ traffic & Drug ... ily conduct condition

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | y | 939838 | 050 | C-2 | June 2011 |

| Day | Specify primary assignment | Tours on Patrol | O.T. Hours | Radio Runs | Vertical Patrol | Felony | Misd | Viol | Arrests on Warrants | Parking Violation | Moving Violation | "C" Criminal Court | E.C.B./TAB/Others | Red Light | Complaints FIV 313-152 | U.S. Field Report | Aided/Accident | Stop and Frisk | Truant/B | A.P. File Report | Ejection Report | Domestic Incident Report | Condition #1 | Condition #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | Vacation | | | | | | | | | 1 | | | | | | | | | | | | 1 | | |
| 3 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | A D | 1 | | 6 | | | | | | | | | | | 1 | | | | | | | | | |
| 15 | AAB/ ABCD | 1 | | 12 | | | | | | | | | | | | | | | | | | | | |
| 16 | 1 P. P Court | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | Court | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | ABCD | 1 | | 6 | | | | | | 1 | 1 | | | | | | | 1 | | | | | | |
| 21 | ABCD | 1 | | 5 | 2 | 1 | | | | | | | | | | | | | | | | | | |
| 22 | Court | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | P.P Court | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | ABCD | 1 | | 5 | | | | | | | | | | | | | | | | | | 1 | | |
| 25 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 27 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | ABCD | 1 | | 3 | | | | | | | 2 | | | | | | | | | | | | | |
| 29 | ABCD | 1 | | 4 | | | | | | 2 | | | | | | | 1 | | | | | | | |
| 30 | ABCD | 1 | | 7 | | | | | | | 1 | | | | | | | 1 | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | 8 | | 48 | | 1 | | | | 3 | 4 | | | | 2 | | | 2 | | | | | | |

Per Monit 047

 UNIFORMED PERFORMANCE
MONITORING PROFILE

| Surname | First | M.I |
|---|---|---|
| ABdelal, | MOhAmmeD. | |

| Rank PO | Tax # 939838 | Command 50 | This report covers period: From 07/01/10 To 09/30/10 |
|---|---|---|---|

Squad/Tour: C2 4x12    Primary Assignment: PAtrol

Duty status:   Restricted Duty_____   Modified_____   Suspended_____

Limited Capacity_____   Terminal Leave_____

## PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:

_____ Level III – Dismissal Probation (monthly)

_____ Level III – Special Monitoring (monthly)

__X__ Level II – Monitoring (quarterly) Force _____ Discipline __X__ Performance _____

### HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?

Extremely Competent_____   Highly Competent_____   Competent __X__   Low_____   Very Low_____

PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT: (Areas of poor performance or negative responses wil be explained in "Remarks")

### PATROL/ENFORCEMENT DUTIES

**1. SUMMONS ACTIVITY** (Check One): TOTAL # ____
- ☐ Not applicable.
- ☐ Summons activity above average within command.
- ☐ Summons activity below average within command.
- ☒ Summons activity and gives attention to command conditions.
- ☐ Summons activity, but does not address command conditions.

**2. ARREST ACTIVITY** (Check One): TOTAL # 1
- ☐ Not applicable.
- ☐ No arrest activity.
- ☐ Average arrest activity.
- ☐ Good number of quality arrests, many of which are specifically related to command conditions.

**3. RESPONSE TO CALLS FOR SERVICE** (Check One)
- ☐ Displays a lackadaisical attitude.
- ☐ Slow in responding to routine calls or directed/vertical patrols.
- ☒ Generally quick in responding to all calls for service or directed/vertical patrols.
- ☐ Efficient and intelligent response to calls using good response tactics.

**4. COMPLETION OF A CALL/ASSIGNMENT** (Check One):
- ☐ Disposition often reported after prolonged delays.
- ☒ Disposition called in shortly after completion of assignment.
- ☐ Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
- ☐ Disposition called in immediately and handles clerical matters as necessary.

**5. SECTOR/POST CONDITIONS**
- ☐ Disregards or is unaware of quality of life conditions on post.
- ☐ Initiates enforcement responses to correct conditions on post.
- ☐ Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
- ☒ Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
- ☐ Requires supervision in order to address post/command conditions.

Submit report to:   C.O., Performance Monitoring Unit, One Police Plaza, Room 1000 (646) 610-5505

Perf Monit 048

**PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2. _CRV initiative for ... increase traffic_

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | July 2010 |

| Specify primary assignment for day; for example: RMP, BEAT, Patrol Post Number, T.S., Vacation, R.D.O. | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD | VIOL | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | C CRIMINAL COURT | E.C.B./TAB/ OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | 11B FIELD REPORT | AIDED/ ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION # 1 | CONDITION # 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 2 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 3 Sector ABCD | 1 | | 9 | | | | | | 3 | 2 | | | | | 2 | | | | | | 2 | | |
| 4 Sector EF | 1 | | 11 | | | | | | 7 | 1 | | | 1 | | 1 | | | | | | | | |
| 5 Sector AD | 1 | | 6 | 1 | | | | | | | | | | | | | | | | | | | |
| 6 Sector AD | 1 | | 7 | | | | | | | | 1 | | | | 1 | | | | | | | | |
| 7 CRV-Bronx | | | | 5 | | | | | | | | | | | | | | | | | | | |
| 8 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 9 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 10 Sector ABC | 1 | | 8 | | | | | | | | | | | 1 | | | | | | | | | |
| 11 Sector ABCD | 1 | | 6 | | | | | | | | 1 | | | | | | | | | | 3 | | |
| 12 CRV Bronx | | | | | | | | | 2 | 1 | | | | | | | | | | | | | |
| 13 Sector ABC | 1 | | 4 | | | | | | | | | | | 1 | 1 | | | | | | | | |
| 14 Sector ABCD | 1 | | 5 | | | | | | 2 | | | | | | | | | | | | | | |
| 15 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 16 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 17 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 18 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 19 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 20 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 21 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 22 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 23 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 24 RDO | | | | | | | | | | | | | | | | | | | | | | 2 | | |
| 25 Sector AD | 1 | | 11 | | | | | | | | | | | | | | | | | | | | |
| 26 Sector AD | 1 | | 5 | | | | | | | | | | | | | | | | | | | | |
| 27 I.P.P | | | | | | | | | | | | | | | | | | | | | | | |
| 28 Pros Detail | | | | | | | | | | | | | | | | | | | | | | | |
| 29 Sector EF | 1 | | 5 | | | | | | | | | | | | | | | | | | | | |
| 30 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 31 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | 11 | | 77 | 6 | | | | | 10 | 4 | 6 | | | | 3 | 5 | | | | | | | |

Perf Monit 049

**POLICE OFFICER'S MONTHLY PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ADDRESSED
1. General Enforcement Against Crime, Qu... Life and Traffic Violations
2.

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | Aug 2010 |

| Day | ASSIGNMENTS/ABSENCES | TOURS ON PATROL | ET HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD | VIOL | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | "C" CRIMINAL COURT | E.C.B/PAR/OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.S. FIELD REPORT | AIDED/ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | ELECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION #1 | CONDITION #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | AD | 1 | | 5 | | | | | | | | | | | | | | | | | | | | |
| 3 | AD | 1 | | 11 | | | | | | 1 | | | | | | | 1 | | | | | 2 | | |
| 4 | AD | 1 | | 8 | | | | | | | 1 | | | | | | 1 | 1 | | | | 1 | | |
| 5 | AAB/AD | | | 8 | | | | | | | | | | | | | 1 | | | | | | | |
| 6 | E | 1 | | 5 | | | | | | | 1 | 2 | | | | | | | | | | 1 | | |
| 7 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | ABCD | 1 | | 8 | | | | | | 1 | 1 | | | | | | | 2 | | | | 2 | | |
| 10 | ABCD | 1 | | 8 | | i | | | | | | | | | | | 1 | | | | | 1 | | |
| 11 | Court + ADA | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | ABC | 1 | | 4 | | | | | 2 | | | | | | | | 1 | | | | | | | |
| 13 | AD | 1 | | 9 | | | | | | | | | | | | | | 1 | | | | | | |
| 14 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 15 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | RDO | | | | | | | | | | | 1 | | | | | | | | | | | | |
| 17 | CRV: 40h | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | ABCD | 1 | | 5 | | | | | | | | 3 | | | | | | | | | | | | |
| 19 | ABCD | 1 | | 7 | | | | | | | 2 | 1 | | | | | | | | | | | | |
| 20 | AAB/AD | 1 | | 5 | | | | | | | | 3 | | | 1 | | | | | | | | | |
| 21 | AD | 1 | | 6 | | | | | | | 2 | 1 | | | | | | 1 | | | | | | |
| 22 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | CRV 40h | | | | 2 | | | | | | | 1 | | | | | | | | | | | | |
| 25 | EF | 1 | | 7 | | | | | | | | | | | | | 1 | | | | | | | |
| 26 | CRV 40h | | | | 1 | | | | | | | 1 | | | | | | | | | | | | |
| 27 | T.S | | | | | | | | | | | | | | | | | | | | | | | |
| 28 | AD | 1 | | 4 | | | | | | | | 1 | | | | | | | | | | | | |
| 29 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | 15 | | 106 | 3 | | | | | 6 | 6 | 13 | | | | | 6 | | | | | 9 | | |

Perf Monit/050

**POLICE OFFICER'S MONTHLY PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ~RESSED
1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2. Patrol for Robbery Pattern/traffic stat

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | Sept 2010 |

| Specify primary assignment for day. For example, RMP, BEAT, Patrol Post Number, T.S., Vacation, R.D.O. | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD | VIOL | ARRESTS/BEN WARRANTS | PARKING VIOLATION | MOVING VIOLATION | TC CRIMINAL COURT | E.C.B./TAN OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.S. FIELD REPORT | AIDED ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION #1 | CONDITION #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 ABCD | 1 | | 5 | | | | | | | | | | | | | | | | | | | | |
| 2 9mm Range | | | | | | | | | | | | | | | | | | | | | | | |
| 3 Sgt O'Brator | | | | | | | | | | | | | | | | | | | | | | | |
| 4 ABCD | 1 | | 10 | | | | | | 2 | 2 | | | | 1 | | | | | | | 1 | | |
| 5 AD | 1 | | 9 | | | | | | 4 | 3 | | | | 2 | | | | | | | 3 | | |
| 6 Detail W.T Parade | | | | | | | | | | | | | | | | | | | | | | | |
| 7 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 8 ABCD | 1 | | 9 | | | | | | | 1 | | | | | 3 | | | | | | 1 | | |
| 9 ABCD | 1 | | 5 | | | | | | | | 1 | | | | | | | | | | | | |
| 10 ABCD | 1 | | 5 | | | | | | | | | | | 1 | | | | | | | | | |
| 11 AD | 1 | | 7 | | | | | | 5 | | | | | | | | | | | | | | |
| 12 S.H Security | | | | | | | | | | | | | | | | | | | | | | | |
| 13 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 14 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 15 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 16 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 17 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 18 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 19 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 20 Vacation | | | | | | | | | | | | | | | | | | | | | | | |
| 21 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 22 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 23 K | 1 | | 6 | | 1 | | | | | 1 | | | | | | | | | | | 1 | | |
| 24 ABCD | 1 | | 10 | | | | | | 3 | | | | | | | 1 | | | | | 2 | | |
| 25 GHIJ | 1 | | 11 | | | | | | | | | | | | | | | | | | 1 | | |
| 26 AD | 1 | | 5 | | | | | | | 2 | | | | 1 | | | | | | | | | |
| 27 AD | 1 | | 5 | | | | | | | 2 | | | | | | | | | | | | | |
| 28 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 29 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 30 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | 12 | | 97 | | | | | | 14 | 9 | | | | 5 | 4 | | | | | | 9 | | |

Perf Monit 051

 UNIFORMED PERFORMANCE
MONITORING PROFILE

| Surname | First | M.I |
|---|---|---|
| *Abdelal* | *M.* | |

| Rank *PO* | Tax # *939838* | Command *50* | This report covers period: | From *4/1/10* | To *6/30/10* |
|---|---|---|---|---|---|

Squad/Tour: *C2*      Primary Assignment: *Patrol*

Duty status:     Restricted Duty_____     Modified_____     Suspended_____

     Limited Capacity_____     Terminal Leave_____

**PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:**

_____ Level III – Dismissal Probation (monthly)

_____ Level III – Special Monitoring (monthly)

_____ Level II – Monitoring (quarterly): Force _____ Discipline _____ Performance _____

**HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?**

Extremely Competent_____    Highly Competent_____    Competent ✓    Low_____    Very Low_____

**PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT:** (Areas of poor performance or negative responses will be explained in "Remarks")

**PATROL/ENFORCEMENT DUTIES**

**1.SUMMONS ACTIVITY** (Check One): TOTAL # ____
☐Not applicable.
☐Summons activity above average within command.
☐Summons activity below average within command.
☑Summons activity and gives attention to command conditions.
☐Summons activity, but does not address command conditions.

**2.ARREST ACTIVITY** (Check One): TOTAL # _1_
☐Not applicable.
☐No arrest activity.
☐Average arrest activity.
☐Good number of quality arrests, many of which are specifically related to command conditions.

**3.RESPONSE TO CALLS FOR SERVICE** (Check One):
☐Displays a lackadaisical attitude.
☐Slow in responding to routine calls or directed/vertical patrols.
☑Generally quick in responding to all calls for service or directed/vertical patrols.
☐Efficient and intelligent response to calls using good response tactics.

**4. COMPLETION OF A CALL/ASSIGNMENT** (Check One):
☑Disposition often reported after prolonged delays.
☐Disposition called in shortly after completion of assignment.
☐Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
☐Disposition called in immediately and handles clerical matters as necessary.

**5. SECTOR/POST CONDITIONS**
☐Disregards or is unaware of quality of life conditions on post.
☐Initiates enforcement responses to correct conditions on post
☐Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
☑Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
☐Requires supervision in order to address post/command conditions

Submit report to:     C.O., Performance Monitoring Unit, One Police Plaza, Room 1000 (646) 610-5505

Perf Monit 052

POLICE OFFICER'S MONTHLY
PERFORMANCE REPORT
PD 439-1414 (Rev. 05-08)

1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2. Traffic Safety + Q/L + C's

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdela | Mohamed | Y | 939838 | 050 | C-2 | June 2010 |

| Day / Assignment | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD | VIOL | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | "C" CRIMINAL COURT | E.C.B./PKWY OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED/ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | COND #1 | COND #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 2 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 3 chart clog | | | | | | | | | | | 1 | | | | | | | | | | 4 | | |
| 4 Sector AD | 1 | | 13 | | | | | | | | 1 | | | | | | | | | | | | |
| 5 Sector GHIJ | 1 | | 9 | | | | | | | 3 | 1 | | | | | | | | | | | | |
| 6 CRV - 42 pct | | | | | | | | | | | | | | | | 1 | | | | | | | |
| 7 Sector CBF | 1 | | 8 | | | | | | 1 | | | | | | | | | | | | | | |
| 8 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 9 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 10 CRV - 42nd pct | | | | 2 | | | | | | | | | | | | | | | | | | | |
| 11 Sector AD | 1 | | 6 | | | | | | 2 | 1 | | | | | | | | | | | 1 | | |
| 12 Sector AD | 1 | | 14 | | | | | | | 1 | | | | | | | | | | | | | |
| 13 Sector ABC | 1 | | 1 | | | | | | 1 | | | | | | | | | | | | | | |
| 14 Sector CBF | 1 | | 3 | | | | | | | | | | | 1 | | | | | | | | | |
| 15 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 16 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 17 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 18 Sector AD | 1 | | 10 | | | | | | | 3 | | | | | | | | | | | | | |
| 19 Sector ABC | 1 | | 5 | | | | | | | | 1 | | | 1 | | 1 | | | | | | | |
| 20 Sector AD | 1 | | 6 | | | | | | 1 | 1 | 2 | | | 1 | | 1 | | | | | 3 | | |
| 21 Sector AD | 1 | | 12 | | | | | | 1 | 1 | | | | | | | | | | | 3 | | |
| 22 Sector ABCD | 1 | | 7 | | | | | | 4 | 2 | | | | 1 | | 1 | | | | | | | |
| 23 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 24 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 25 Sector ABC | 1 | | 8 | | | | | | | | | | | 1 | | 1 | | | | | 1 | | |
| 26 Sector AD | 1 | | 4 | | | | | | | | | | | | | 2 | | | | | | | |
| 27 Sector ABC | 1 | | 1 | | | | | | | | | | | | | | | | | | | | |
| 28 Sector ABCD | 1 | | 5 | | | | | | | | 2 | | | | | | | | | | | | |
| 29 Sector ABCD | 1 | | | | | | | | | | | | | | | | | | | | | | |
| 30 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | 17 | | 12 | 2 | | | | | 10 | 12 | 7 | | | 6 | | 7 | | | | | | | |

Perf Month 853

# POLICE OFFICER'S MONTHLY PERFORMANCE REPORT
PD 439-1414 (Rev. 05-08)

1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2.

CONDITIONS TO BE ADDRESSED

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | May 2010 |

| # | Assignment | Tours On Patrol | O.T. Hours | Radio Runs | Vertical Patrol | Felony | Misd. | Viol. | Arrests on Warrants | Parking | Moving | "C" Criminal Court | ECB/TAB/Others | Red Light | Complaints PD 313-152 | H.B. Field Report | Aided/Accident | Stop and Frisk | Truants | Juvenile Report | Ejection Report | Domestic Incident Report | Cond. #1 | Cond. #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | Sector B | | 6 | | | | 1 | | | | | | | | | | | | | | | 1 | | |
| 5 | Sector AD | 1 | 8 | | | | | | | 1 | | | | | | | | | | | | 1 | | |
| 6 | Sector AAC | 1 | 4 | | | | | | | | | 1 | | | | | | | | | | | | |
| 7 | T/S Duty | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | Sector ABC | 1 | 8 | | | | | | | | 2 | | | | 2 | | | | | | | | | |
| 9 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | Sector AD | 1 | 8 | | | | | | | 3 | | | | | 1 | | | | | | | 1 | | |
| 12 | Sector AD | 1 | 5 | | | | | | | 1 | 1 | 2 | | | 1 | | | | | | | 1 | | |
| 13 | Pres/Detail | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | Sector ABC | 1 | 5 | | | | | | | 2 | 4 | | | | | | | | | | | 1 | | |
| 15 | Sector ABC | 1 | 10 | | | | | | | | 2 | | | | | | | | | | | 3 | | |
| 16 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | Admin Sick | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | Admin Sick | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | Reg Sick | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | Reg Sick | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | Reg Sick | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 25 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 26 | Sector GHIJ | 1 | 8 | | | | | | | | | | | 1 | 1 | | | | | | | 1 | | |
| 27 | Sector AD | 1 | 7 | | | | | | | | 2 | | | | 1 | | | | | | | 1 | | |
| 28 | E day | | | | | | | | | | | | | | | | | | | | | | | |
| 29 | Sector AD | 1 | 9 | | | | | | | | | | | | 1 | | | | | | | | | |
| 30 | Sector ABC | 1 | 3 | | | | | | | 8 | 2 | | | | | | | | | | | | | |
| 31 | RDO | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | 12 | 81 | | 1 | | | | | 15 | 5 | 10 | | | 2 | 7 | | | | | | 10 | | |

Perf Monit 054

**POLICE OFFICER'S MONTHLY PERFORMANCE REPORT**
PD 439-1414 (Rev. 05-08)

CONDITIONS TO BE ADDRESSED
1. General Enforcement Against Crime, Quality of Life and Traffic Violations
2. Critical Response   44th Pct traffic officers

| Last Name | First | M.I. | Tax Reg. No. | Command | Squad | Reporting Month - Year |
|---|---|---|---|---|---|---|
| Abdelal | Mohamed | Y | 939838 | 050 | C-2 | April 2010 |

| Assignment | TOURS ON PATROL | O.T. HOURS | RADIO RUNS | VERTICAL PATROL | FELONY | MISD. | VIOL. | ARRESTS ON WARRANTS | PARKING VIOLATION | MOVING VIOLATION | VTC CRIMINAL COURT | E.C.B./TAB/ OTHERS | RED LIGHT | COMPLAINTS PD 313-152 | H.B. FIELD REPORT | AIDED/ ACCIDENT | STOP AND FRISK | TRUANTS | JUVENILE REPORT | EJECTION REPORT | DOMESTIC INCIDENT REPORT | CONDITION #1 | CONDITION #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 2 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 3 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 4 Sector AD | 1 | | 6 | | | | | | | | | | | | | | | | | | | | |
| 5 Sector AD | 1 | | 5 | | | | | | 3 | 1 | 1 | | | 1 | | | | | | | 1 | | |
| 6 Sector AB | 1 | | 9 | | | | | | | | | | | | | | | | | | 1 | | |
| 7 Sector CBF | 1 | | 5 | | | | | | 2 | 1 | 1 | | | | | | | | | | | | |
| 8 AAB Sector ABC | 1 | | 5 | | | | | | | 1 | | | | 1 | | 1 | | | | | 1 | | |
| 9 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 10 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 11 Sector ABC | 1 | | 5 | | | | | | | 2 | | | | | | | | | | | 2 | | |
| 12 Sector ABCD | 1 | | 7 | | | | | | | | | | | | | | 1 | | | | | | |
| 13 Sector ABCD | 1 | | 4 | | | | | | 4 | 1 | | | | 1 | | | | | | | 1 | | |
| 14 Sector ABC | 1 | | 1 | | | | | | | | | | | | | | | | | | | | |
| 15 In Tac | | | | | | | | | | | | | | | | | | | | | | | |
| 16 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 17 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 18 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 19 CRV | | | | 1 | | | | | | | | | | | | | | | | | | | |
| 20 CRV | | | | 2 | | | | | | | | | | | | | | | | | | | |
| 21 Sector E | 1 | | 1 | | | | | | | 3 | | | | | | | | | | | | | |
| 22 CRV | | | | 2 | | | | | | | 3 | | | | | | | | | | | | |
| 23 Sector CBF | 1 | | 4 | | | | | | | | | | | | | | | | | | | | |
| 24 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 25 RDO | | | | | | | | | | | | | | | | | | | | | | | |
| 26 Sector AD | 1 | | 6 | | | | | | | | | | | 1 | | | | | | | 1 | | |
| 27 Sector ABC | | | 6 | | | | | | | | | | | | | | | | | | | | |
| 28 Sector ABCD | 1 | | 11 | | | | | | | | | | | 2 | | | | | | | 1 | | |
| 29 Sector AB | 1 | | 6 | | | | | | | | | | | | | | | | | | 1 | | |
| 30 Sector G | 1 | | 1 | | | | | 1 | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY STRAIGHT TIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| MONTHLY OVERTIME TOTALS | | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | 16 | | 72 5 | | | | | 0 | 9 | 5 | | | | 7 | | 2 | 1 | | | | | | |

Perf Monit/055

 UNIFORMED PERFORMANCE
MONITORING PROFILE

| Surname | First | M.I. |
|---|---|---|
| Abdelal | Mohamed | |

| Rank | Tax # | Command | This report covers period: | From | To |
|---|---|---|---|---|---|
| PO | 939838 | 050 | | 01/01/10 | 03/31/10 |

Squad/Tour: C2/ 3rd Pltn

Primary Assignment: Patrol

Duty status:   Restricted Duty_____   Modified_____   Suspended_____

Limited Capacity_____   Terminal Leave_____

## PLEASE CHECK APPROPRIATE BOX INDICATING LEVEL OF MONITORING:

_____ Level III – Dismissal Probation (monthly)

_____ Level III – Special Monitoring (monthly)

__XXX__ Level II – Monitoring (quarterly): Force _____   Discipline _____   __XXXX__ Performance

## HOW WOULD YOU RATE MEMBER'S OVERALL PERFORMANCE DURING RATING PERIOD?

Extremely Competent_____   Highly Competent_____   Competent __XX__   Low_____   Very Low_____

## PLEASE CHECK APPROPRIATE BOX FOR EACH SUBJECT: (Areas of poor performance or negative responses will be explained in "Remarks")

### PATROL/ENFORCEMENT DUTIES

1.SUMMONS ACTIVITY (Check One): TOTAL # ____
☐Not applicable.
☐Summons activity above average within command.
☐Summons activity below average within command.
☒Summons activity and gives attention to command conditions.
☐Summons activity, but does not address command conditions.

2.ARREST ACTIVITY (Check One): TOTAL # ____
☐Not applicable.
☐No arrest activity.
☐Average arrest activity.
☒Good number of quality arrests, many of which are specifically related to command conditions.

3.RESPONSE TO CALLS FOR SERVICE (Check One):
☐Displays a lackadaisical attitude.
☐Slow in responding to routine calls or directed/vertical patrols.
☐Generally quick in responding to all calls for service or directed/vertical patrols.
☒Efficient and intelligent response to calls using good response tactics.

### 4. COMPLETION OF A CALL/ASSIGNMENT (Check One):
☐Disposition often reported after prolonged delays.
☐Disposition called in shortly after completion of assignment.
☐Disposition reported immediately but often goes out of service to perform routine clerical tasks that could be more efficiently handled at a later time.
☒Disposition called in immediately and handles clerical matters as necessary.

### 5. SECTOR/POST CONDITIONS
☐Disregards or is unaware of quality of life conditions on post.
☒Initiates enforcement responses to correct conditions on post.
☐Does not address quality of life conditions through the use of verticals, ejections, summonses or arrests, etc.
☐Enforces quality of life conditions on post through the use of verticals, ejections, summonses and arrests.
☐Requires supervision in order to address post/command conditions.

Submit report to:   C.O., Performance Monitoring Unit, One Police Plaza, Room 1100 (646) 610-5505   Perf Monit 056

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

Date  October 22, 2009

From:        Chief of Personnel

To:          PO Mohammed Abdelal

Subject:     **NOTIFICATION OF PLACEMENT INTO LEVEL II - DISCIPLINARY**
             **MONITORING**

1.        This notice is to inform you of your placement in the Level II - Disciplinary
Monitoring Program. The reason for your inclusion in this program stems from numerous
command disciplines and/or minor violation entries, transfers for cause, placement on modified
assignment, charges and specifications or upon completion of Dismissal Probation. Your
command was conferred with and concurs with your placement in this program. Placement is
effective as of     October 9, 2009

2.        A copy of this notification will be placed in your personnel folder at Police
Headquarters. Additionally, an entry will be made on your Central Personnel Index indicating
your placement in this program. Note that these records are examined whenever applications or
recommendations for discretionary benefits are received, including promotion and change of
assignment.

3.        Your supervisors have been informed of your present status and will closely
monitor and evaluate your performance along with the Employee Management Division. The
continued accrual of force complaints or negative performance according to Police Department
standards while in this system may have a negative impact on your career potential.

4.        For your **INFORMATION**.

Rafael Pineiro
Chief of Personnel

I have read and understand the foregoing notification.

Name (Print) P.O Abdelal      Signature

Revised 8/24/09

**POLICE DEPARTMENT
CITY OF NEW YORK**

From:        Commanding Officer, Performance Monitoring Unit

To:           Commanding Officers Concerned

Subject:    **LEVEL II - MONITORING PROGRAM INSTRUCTIONS**

    1.    **Profile Dates:**

        See profiles in folder

0

    2.    **Quarterly Reports:**

        Performance profile reports are due on the first of the month after the date indicated on the quarterly profile.  Profiles must be signed by the Commanding Officer.  If a Command Discipline is issued, please have a copy with the Commanding Officer's disposition attached to the profile. The quarterly rating periods are as follows: January thru March, April thru June, July thru September, and October thru December.

    3.    **Transfer:**

        If MOS is transferred, please have the profile completed to the day of the transfer and call the Performance Monitoring Unit to have the folder picked up and dropped off to the new command.

    4.    **Notifications:**

        Performance Monitoring Unit **must be notified in the following circumstances:**

           a.    Charges and Specifications are issued,
           b.    command disciplines issued,
           c.    MOS is suspended/modified or transferred,
           d.    any investigations.

           Donna G. Jones

19/09

PMU#/1094/09

## POLICE DEPARTMENT
## CITY OF NEW YORK

October 9, 2009

From:        Commanding Officer, Performance Analysis Section

To:          Commanding Officer, 50th Precinct

Subject:     **LEVEL - II DISCIPLINE MONITORING REGARDING POLICE OFFICER MOHAMED ABDELAL, TAX #939838**

   1.        Following a recent review of *Police Officer Mohamed Abdelal's* history with the department, it has been determined that Level II – Discipline Monitoring is appropriate.

   2.        Placement in this program is effective **October 9, 2009.** *Police Officer Abdelal* will be in the monitoring program for a minimum of eighteen months. His performance is to be evaluated quarterly, on the "Uniformed Performance Monitoring Profiles" provided. The first Performance Profile is due on **January 4, 2010.** All profiles must be submitted immediately after the quarter ends. At the end of the monitoring period, you will be asked to submit a memorandum recommending continued monitoring, removal from the monitoring, or upgrade to Level III monitoring. This memorandum *must* be submitted in a timely manner.

   3.        It is the Commanding Officer's responsibility to ensure that proper supervision and instruction is provided to correct the member's behavior and performance to yield desired results. Please note that Interim Performance Evaluations may be submitted if the member's performance does not improve.

   4.        The Performance Monitoring Unit must be notified of any actions that could negatively impact this member. In addition, a notification to the Performance Monitoring Unit must be made for transfers, and changes of assignment within the command. To report any changes or if you have any questions, please contact the Performance Monitoring Unit at (646) 610-5505.

   5.        For your information and appropriate attention.

DGJ/be                                    Donna G. Jones
Encl.                                     Inspector

Perf Monit 059

__10/14/09__
Date Submitted to CPI

THE BELOW LISTED MEMBER

__ABDELAL__                    __MOHAMED__      __939838__
    LAST NAME                   FIRST NAME       TAX #

WAS PLACED IN LEVEL II AS OF: ____OCTOBER 9, 2009____

COMPUTERIZED
OCT 1 5 2009

The entry will be entered into the CPI System as:

> MEMBER PLACED IN LEVEL II_____ DISCIPLINE_____
> MONITORING BASED ON MEMBER'S OVERALL RECORD HE/SHE IS
> _____PRESENTLY BEING MONITORED BY THE PERSONNEL
> BUREAU. FOR FURTHER INFORMATION PLEASE CONTACT
> PERFORMANCE MONITORING UNIT AT: (646) 610-5505.
>                                          *MM/DD/YY

**DONNA G. JONES**
**INSPECTOR**
**PERFORMANCE MONITORING UNIT**

Perf Monit 060