**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAHAMED ABDELAL,

                          Plaintiff,                  13 **CIVIL** 4341 (ALC)

           -against-                         **JUDGMENT**

COMMISSIONER RAYMOND W. KELLY,
and CIYY OF NEW YORK,
                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion for summary judgment is granted.

**Dated:**  New York, New York
            March 31, 2020

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**
                           **BY:**     _____
                                                             **Deputy Clerk**