USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 25, 2021

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**MOHAMED ABDELAL,**

                              **Plaintiff,**

    -against-

**COMMISSIONER RAYMOND W. KELLY, ET AL.,**

                              **Defendants.**

**13-cv-04341-ALC-SN**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties should submit a joint status report by **June 8, 2021** indicating how they would like to proceed with the case.

**SO ORDERED.**

Dated: May 25, 2021
       New York, New York

                                        **ANDREW L. CARTER, JR.
United States District Judge**