UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOHAMED ABDELAL,

                Plaintiff,

    -against-

COMMISSIONER RAYMOND W. KELLY and
The CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------------X

13-CV-04341 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the parties' June 8, 2021 status letter, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

    The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                                                                    SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED: June 9, 2021
           New York, New York