USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021

**Brittany J. Finder**
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MOHAMED ABDELAL,

        Plaintiff,

  – v –

COMMISSIONER RAYMOND W. KELLY and CITY OF NEW YORK,

        Defendants.

------------------------------------- x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 13-CV-04341 (ALC) (SN)

  I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, Commissioner Raymond W. Kelly and the City of New York, in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendants.

  The Office of the Corporation Counsel has represented Defendants throughout the pendency of this action and continues to do so. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendants on March 11, 2019. *See* ECF No. 172. I no am longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent Defendants in this matter.

The Court has scheduled a settlement conference for September 20, 2021. See ECF No. 199. The termination of my appearance will not affect the posture of this action before the Court. Accordingly, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
July 1, 2021

EPSTEIN BECKER & GREEN, P.C.

By: /s/ *Brittany J. Finder*
_____

**Brittany J. Finder**
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 1, 2021
New York, New York