USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_August 16, 2021\_\_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mohamed Abdelal, | |
|                         **Plaintiff,** | |
| -against- | 13-cv-4341-ALC |
| Commissioner Raymond W. Kelly, et al., | **ORDER** |
|                         **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties are hereby **ORDERED** to submit a joint status report regarding settlement no later than 14 days from the date the upcoming settlement conference is held.

**SO ORDERED.**

**Dated:** August 16, 2021
        New York, New York

                                                                 _____
                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**