```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Mohamed Abdelal**,

              **Plaintiff,**

     **v.**

**Commissioner Raymond W. Kelly,** *City of New York* **& City of New York**

              **Defendant.**

**1:13-cv-4341-ALC-SN**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    October 4, 2021
             New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**